<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 5 – 2 4 9 6 3 3 2 |

**4. Debtor's address**

**Principal place of business**

**Attn: Jeffrey G. Molina**

**12820 S Zarzamora St**
Number        Street

**San Antonio, TX 78224-3096**
City                    State    ZIP Code

**Bexar**
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**    Case number *(if known)* _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **2   3   8   2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY

        District _____  When _____  Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                 MM / DD / YYYY

        Case number, if known _____

Debtor   **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**        Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>　What is the hazard? _____<br>　_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>　　　　　　　Number　　　Street<br>　_____<br>　_____<br>　　　　　　　City　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

---

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor    **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**      Case number *(if known)* _____

     Name

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/04/2025**
      MM/ DD/ YYYY

**X**   **/s/ Jeffrey G. Molina**         **Jeffrey G. Molina**
     Signature of authorized representative of debtor      Printed name

Title   **Owner**

**18. Signature of attorney**

**X**   **/s/ Paul Steven Hacker**    Date **08/04/2025**
     Signature of attorney for debtor      MM/ DD/ YYYY

**Paul Steven Hacker**
Printed name

**Hacker Law Firm, PLLC**
Firm name

**3355 Cherry Ridge Ste. 214**
Number      Street

**San Antonio**      **TX**      **78230**
City      State      ZIP Code

**(210) 595-2045**      **steve@hackerlawfirm.com**
Contact phone      Email address

**00787612**      **TX**
Bar number      State

**Fill in this information to identify the case:**

Debtor Name __**Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**__

United States Bankruptcy Court for the: _____**Western**_____  District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank, NA** | **Checking account** | **3  7  7  1** | ($13,354.75) |
| 3.2. | **JPMorgan Chase Bank, NA** | **Checking account** | **7  0  3  5** | ($3,042.50) |
| 3.3. | **Security Service Federal Credit Union** | **Checking account** | **1  0  7  1** | $149,249.44 |
| 3.4. | **Security Service Federal Credit Union** | **Savings account** | **1  0  7  1** | $50.00 |
| 3.5. | **JP Morgan Chase Bank, NA** | **Savings account** | **7  0  3  5** | $1.47 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    _____

   4.2. _____    _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | **$132,903.66** |

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| | 7.1 **Hacker Law Firm IOLTA Account** _____ | | $18,870.00 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| | 8.1 _____ | | _____ |
| | 8.2 _____ | | _____ |
| 9. | **Total of Part 2** | | |
| | Add lines 7 through 8. Copy the total to line 81. | | $18,870.00 |

**Part 3:**   Accounts receivable

| 10. | **Does the debtor have any accounts receivable?** |
|---|---|
| | ☐ No. Go to Part 4. |
| | ☑ Yes. Fill in the information below. |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11. | **Accounts receivable** | | | |
| | 11a. 90 days old or less: | $144,134.50 <br> face amount | - | unknown <br> doubtful or uncollectible accounts | =.....➡ | $144,134.50 |
| | 11b. Over 90 days old: | unknown <br> face amount | - | unknown <br> doubtful or uncollectible accounts | =.....➡ | unknown |
| 12. | **Total of Part 3** | | | |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | $144,134.50 |

**Part 4:**   Investments

| 13. | **Does the debtor own any investments?** |
|---|---|
| | ☑ No. Go to Part 5. |
| | ☐ Yes. Fill in the information below. |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1 _____ | _____ | _____ |
| | 14.2 _____ | _____ | _____ |

Debtor   **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**     Case number *(if known)* _____

Name

---

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                            % of ownership:

15.1. _____          _____   _____   _____

15.2. _____          _____   _____   _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____                        _____   _____

16.2 _____                        _____   _____

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                          _____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| **Motors, Capacitors, Refrigerant, Transformers, Copper Tubing, Thermostats, Relays** | MM / DD / YYYY | unknown | Liquidation | $5,650.00 |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                          $5,650.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

---

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Case number *(if known)* _____

Name

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Three Desks, Eight Rolling Chairs, Planning Table | unknown | Liquidation | $2,800.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Ladders, Torches for Braising, Skillsaws, Sawzalls | $0.00 | Liquidation | $1,500.00 |
| Refurbished Computers Purchased from Best Buy | unknown | Liquidation | $3,500.00 |
| Office equipment | unknown | Liquidation | $20,000.00 |
| Gas Generators | $180.00 | Liquidation | $180.00 |
| Burn Table Plasma Cutter | unknown | Liquidation | $5,600.00 |
| Four Metal Breaks | unknown | Liquidation | $4,800.00 |
| Spot Welder | unknown | Liquidation | $600.00 |
| Engle Snaplock Roll Forming Machine | unknown | Liquidation | $900.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$39,880.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** |
|---|---|
| | ☑ No |
| | ☐ Yes |

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

| 46. | **Does the debtor own or lease any machinery, equipment, or vehicles?** |
|---|---|
| | ☐ No. Go to Part 9. |
| | ☑ Yes. Fill in the information below. |

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1 **2014 Dodge Ram Promaster 2500 /** VIN: Last Four 7746 Salvage Title | unknown | Liquidation | $846.00 |
| 47.2 **First Priority, Non-Purchase Money for 2013 Ford Econoline /** VIN: Last Four 1812 | unknown | Liquidation | $5,000.00 |
| 47.3 **Purchase Money for 2020 Chevrolet Silverado 2500 /** VIN: Last Four 5756 | unknown | Liquidation | $42,067.00 |
| 47.4 **2016 Ford F150 /** VIN: Last Four 4876 Salvage Title | unknown | Liquidation | $3,656.00 |
| 47.5 **2014 Nissan Van NV 2500 /** VIN: Last Four 5101 Salvage Title | unknown | Liquidation | $2,565.00 |
| 47.6 **Purchase Money for 2021 Chevrolet 2500HD /** VIN: Last Four 1655 | unknown | Liquidation | $21,743.00 |
| 47.7 **2021 Chevrolet 2500HD /** VIN: Last Four 1538 | unknown | Liquidation | $21,743.00 |
| 47.8 **2021 Chevrolet 2500HD /** VIN: Last Four 7492 | unknown | Liquidation | $21,743.00 |
| 47.9 **2018 Dodge Ram 2500 /** VIN: Last Four 6699 Salvage Title | unknown | Liquidation | $2,479.00 |
| 47.10 **2020 Chevrolet Silverado /** VIN: Last Four 4618 | unknown | Liquidation | $7,163.00 |
| 47.11 **2015 Chevrolet Express /** VIN: Last Four 4495 | unknown | Liquidation | $1,791.00 |
| 47.12 **2021 Dodge Ram Promaster 2500 /** VIN: Last Four 0499 | unknown | Liquidation | $6,530.00 |
| 47.13 **2023 Dodge Ram /** VIN: Last Four 5318 | unknown | Liquidation | $7,725.00 |
| 47.14 **2014 Chevrolet Silverado /** VIN: Last Four 1491 Salvage Title | unknown | Liquidation | $3,147.00 |
| 47.15 **2022 Chevrolet Silverado 1500 /** VIN: Last Four 3910 Salvage Title | unknown | Liquidation | $23,975.00 |
| 47.16 **2021 Ford /** VIN: Last Four 7558 | unknown | Liquidation | $20,000.00 |
| 47.17 **2021 Ford /** VIN: Last Four 4893 | unknown | Liquidated | $20,000.00 |

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number *(if known)* _____ |
| --- | --- | --- |
| | Name | |

| | | | |
| --- | --- | --- | --- |
| 47.18 **Purchase Money For 2021 Dodge Ram Promaster 2500** / VIN: Last Four 6839 | unknown | Liquidation | $6,530.00 |
| 47.19 **2021 Dodge Ram Promaster 2500** / VIN: Last Four 4146 | unknown | Liquidated | $6,530.00 |
| 47.20 **Purchase Money for 2021 Cadillac Escalade** / VIN: Last Four 8999 | unknown | Liquidation | $45,049.00 |
| 47.21 **2023 Dodge Ram 4500** / VIN: Last Four 6116 | unknown | Liquidation | $23,000.00 |
| 47.22 **2015 Chevrolet Express** / VIN: 4495 Salvage Title | unknown | Liquidation | $856.00 |
| 47.23 **2021 Dodge Ram Promaster 2500** / VIN: Last Four -- XXXX | unknown | Liquidation | $6,530.00 |
| 47.24 **2021 Dodge Ram Promaster 2500** / VIN: Last Four -- XXXX | unknown | Liquidation | $6,530.00 |
| 47.25 **2013 Ford E250** / Salvage Title | unknown | Liquidation | $1,253.00 |
| 47.26 **2008 Dodge Ram 4500** | unknown | Liquidation | $20,760.00 |
| 47.27 **2011 Ford E550** | unknown | Liquidation | $1,875.00 |
| 47.28 **Purchase Money for 2019 GMC Yukon** / VIN: Last Four -- 0462 | unknown | Liquidation | $31,695.00 |
| 47.29 **2007 Dodge Ram 4500** / VIN: Last Four -- 6116 | unknown | Liquidation | $20,760.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| $383,541.00 |
| --- |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Case number *(if known)* _____

Name

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  **12820 S. Zarzamora San Antonio, TX 78224** | **Lease** | **$0.00** | | **$0.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Unregistered Logos** | **$100.00** | **Liquidation** | **$100.00** |
| 61. **Internet domain names and websites** | | | |
| | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| **Texas Air Conditioning License Certificate # 33408E** | **$1,000.00** | **Licensee's Estimate** | **$1,000.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |

Debtor    **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**          Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**65.** **Goodwill**

Goodwill _____     unknown   Liquidation               unknown

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                     | **$1,100.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____  –  _____  = ➡  _____

                 Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

**73.** **Interests in insurance policies or annuities**

_____                         _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

                                                          **unknown**

_____

Nature of claim          **Usury and Related Claims Against DMKA LLC**

Amount requested              **unknown**

Debtor    **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**          Case number *(if known)* _____

_____
Name

| | unknown |
|---|---|
| **Nature of claim** | Usury and Related Claims against G and G Funding LLC |
| **Amount requested** | unknown |

| | unknown |
|---|---|
| **Nature of claim** | Usury and Related Claims against Samson Funding |
| **Amount requested** | unknown |

| | unknown |
|---|---|
| **Nature of claim** | Usury and Related Claims against Baypoint Funding LLC |
| **Amount requested** | unknown |

| | unknown |
|---|---|
| **Nature of claim** | Usury and Related Claims against Fox Funding Group LLC |
| **Amount requested** | unknown |

| | unknown |
|---|---|
| **Nature of claim** | Usury and Related Claims against BizFund LLC |
| **Amount requested** | unknown |

| | unknown |
|---|---|
| **Nature of claim** | Usury and Related Claims against Uptown Funding LLC |
| **Amount requested** | unknown |

| | unknown |
|---|---|
| **Nature of claim** | Usury and Related Claims against EN OD Capital |
| **Amount requested** | unknown |

| | unknown |
|---|---|
| **Nature of claim** | Usury and Related Claims against Forest Capital Group LLC |
| **Amount requested** | unknown |

| | unknown |
|---|---|
| **Nature of claim** | Usury and Related Claims against Syndicate Group USA, Inc. |
| **Amount requested** | unknown |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | |

76.  **Trusts, equitable or future interests in property**

Debtor   **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**          Case number *(if known)* _____

_____
Name

| | | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11** Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $132,903.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,870.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $144,134.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,650.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $39,880.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $383,541.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................... ➡ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........91a. | $726,079.16 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................. | | $726,079.16 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Western</strong>   District of   <strong>Texas</strong><br>(State)</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>*Do not deduct the value of collateral.* | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**    **Creditor's name**
**Ascentium Capital**

**Creditor's mailing address**
**23970 Highway 59 N**

**Kingwood, TX 77339-1535**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   **3 9 6 8**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
    **1) Ascentium Capital**; 2) Small Business Administration

**Describe debtor's property that is subject to a lien**
Office equipment

**Describe the lien**
**Computer Equipment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$269,838.86**      **$20,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$1,982,192.63**

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's name**

**Baypoint Funding LLC**

**Describe debtor's property that is subject to a lien**

Future Receipts

**$45,000.00**  **unknown**

**Creditor's mailing address**

**370 Lexington Ave Rm 801**

**New York, NY 10017-6510**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   **12/10/2024**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   __ __  __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) Baypoint Funding LLC**; 2) BizFund, LLC; 3) DMKA LLC (Smarter Merchant); 4) EN OD CAPITAL; 5) Forest Capital Group LLC; 6) Fox Funding Group LLC; 7) Fox Funding Group LLC; 8) G and G Funding Group LLC; 9) Samson Funding; 10) Syndicate Group USA, Inc.; 11) Uptown Funding LLC

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.3** | Creditor's name

**BizFund, LLC**

**Describe debtor's property that is subject to a lien**

Future Receipts

$5,000.00 | unknown

**Creditor's mailing address**

**315 Avenue U Fl 3**

**Brooklyn, NY 11223-3923**

**Describe the lien**

**Loan disguised as Sale of Future Receipts Agreement**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   **12/31/2024**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.4** **Creditor's name**

**Credit Union Texas**

**Creditor's mailing address**

**Po Box 515719**

**Dallas, TX 75251-5719**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Credit Union Texas**; 2) Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Purchase Money for 2020 Chevrolet Silverado 2500

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$18,224.63** | **$42,067.00** |

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Case number (if known) _____

Name

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** Amount of claim
Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

**2.5** Creditor's name

**DMKA LLC (Smarter Merchant)**

Describe debtor's property that is subject to a lien
Future Receipts

$60,000.00     unknown

Describe the lien

**Disguised Loan Styled as Agreement for the Sale of Furter Receipts**

Creditor's mailing address

**345 7th Ave**

**New York, NY 10001-5006**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred **11/11/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.2**

---

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | Case number (if known) _____ |
| | Name | |

## Part 1:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.6**  Creditor's name

**EN OD CAPITAL**

Creditor's mailing address

**1202 Avenue U 1115**

**Brooklyn, NY 11229**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Future Receipts

**Amount of claim:** **$80,000.00**  **Value of collateral:** **unknown**

**Describe the lien**

**Loan Disguised as Merchant Cash Advance Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.7** Creditor's name

**Forest Capital Group LLC**

Creditor's mailing address

**448 N La Salle Dr**

**Chicago, IL 60654-4518**

Creditor's email address, if known

_____

Date debt was incurred    **06/13/2025**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.2**

Describe debtor's property that is subject to a lien

Future Receipts

**$80,000.00**    **unknown**

Describe the lien

**Loan disguised as Merchant Cash Advance Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Case number (if known) _____

Name

---

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.8** Creditor's name

**Fox Funding Group LLC**

**Describe debtor's property that is subject to a lien**
Future Receipts

$12,000.00        unknown

Creditor's mailing address

**803 S 21st Ave**

**Hollywood, FL 33020-6962**

**Describe the lien**
**Loan disguised as Future Receivables Sale and Purchase Agreement**

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred        **12/30/2024**

Last 4 digits of account number        ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.2**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.9** **Creditor's name**

**Fox Funding Group LLC**

**Creditor's mailing address**

**803 S 21st Ave**

**Hollywood, FL 33020-6962**

**Creditor's email address, if known**
_____

**Date debt was incurred** **04/22/2025**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**
Future Receipts

**Describe the lien**
**Loan disguised as Future Receivables Sale and Purchase Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| | $33,000.00 | unknown |

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

| **2.10** | Creditor's name | Describe debtor's property that is subject to a lien | $240,000.00 | unknown |

**2.10** Creditor's name

**G and G Funding Group LLC**

Creditor's mailing address

**57 W 57th St Fl 4**

**New York, NY 10019-2813**

Creditor's email address, if known

_____

Date debt was incurred    **03/03/2025**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

Describe debtor's property that is subject to a lien
Future Receipts

**Describe the lien**

**Loan Disguised as Future Receivables Sale and Purchase Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Name

Case number (if known) _____

---

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

**GM Financial**

$6,600.00 | $45,049.00

**Describe debtor's property that is subject to a lien**
Purchase Money for 2021 Cadillac Escalade

**Creditor's mailing address**

**P.O. Box 183593**

**Arlington, TX 76096**

**Describe the lien**
2021 Cadillac Escalade

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ No.  Specify each creditor, including this creditor, and its relative priority.

**1) GM Financial**; 2) Small Business Administration

☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** Creditor's name

**High Quality Auto Sales**

Creditor's mailing address

**2575 Walsh Rd**

**San Antonio, TX 78224-3042**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account      __ __ __ __
number

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
relative priority?

    ☑ No.  Specify each creditor, including
        this creditor, and its relative
        priority.
        **See continuation page.**

    ☐ Yes. The relative priority of creditors
        is specified on lines _____

Describe debtor's property that is subject to a lien

2014 Nissan Van NV 2500, 2016 Ford F150, First
Priority, Non-Purchase Money for 2013 Ford Econoline,
2014 Dodge Ram Promaster 2500, 2015 Chevrolet
Express, 2015 Chevrolet Express, 2020 Chevrolet
Silverado, 2018 Dodge Ram 2500, 2022 Chevrolet
Silverado 1500, Purchase Money for 2021 Chevrolet
2500HD, 2014 Chevrolet Silverado

Describe the lien

**Purchase Money Loans Secured by
Vehicles excluding (a) the 2021 Cadillac
Escalade, (b) one 2021 Dodge Ram
Promaster, (c) one 2023 Dodge Ram
Promaster, (d) the 2021 Chevy Silverado
2500, (e) the 2019 GMC Yukon, (f) the 2008
Dodge Ram 2500**

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | $138,380.00 | $73,221.00 |

**Remarks:** P

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |

**2.13** **Creditor's name**

**National Funding**

**Creditor's mailing address**

**4380 La Jolla Village Dr**

**San Diego, CA 92122**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

    For Purchase Money For 2021 Dodge Ram Promaster 2500: **1) National Funding**; 2) Small Business Administration; For 2021 Dodge Ram Promaster 2500: **1) National Funding**; 2) Small Business Administration; For 2021 Dodge Ram Promaster 2500: **1) National Funding**; 2) Small Business Administration; For 2021 Dodge Ram Promaster 2500: **1) National Funding**; 2) Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Purchase Money For 2021 Dodge Ram Promaster 2500, 2021 Dodge Ram Promaster 2500, 2021 Dodge Ram Promaster 2500, 2021 Dodge Ram Promaster 2500

**Describe the lien**

Three 2021 Dodge Promaster 2500s and One 2023 Dodge Promaster 2500

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $177,595.10 | $26,120.00 |

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.14  Creditor's name**

**North Mill Equipment Finance, LLC**

**Creditor's mailing address**

**601 Merritt 7, # 5**

**Norwalk, CT 06851**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    For Purchase Money for 2021 Chevrolet 2500HD: 1) High Quality Auto Sales; **2) North Mill Equipment Finance, LLC**; 3) Small Business Administration; For 2021 Chevrolet 2500HD: **1) North Mill Equipment Finance, LLC**; 2) Small Business Administration; For 2021 Chevrolet 2500HD: **1) North Mill Equipment Finance, LLC**; 2) Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Purchase Money for 2021 Chevrolet 2500HD, 2021 Chevrolet 2500HD, 2021 Chevrolet 2500HD

**Describe the lien**

Three 2021 Chevy Silverado 2500s

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,871.04**      **$65,229.00**

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15** Creditor's name

**Reynaldo Sanchez**

**Creditor's mailing address**

**118 Colleen Drive**

**San Antonio, TX 78228**

**Creditor's email address, if known**

**Date debt was incurred**    07/24/2023

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

        **1) Reynaldo Sanchez**; 2) Small Business Administration

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2008 Dodge Ram 4500

**Describe the lien**

**Lien on 2008 Dodge Ram 4500**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $6,000.00

Column B: $20,760.00

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.16** Creditor's name

**Samson Funding**

Creditor's mailing address

**90 John Street, Fourth Floor Suite 410**

**90 John St Fl 4 410**

**New York, NY 10038-3202**

Creditor's email address, if known

_____

Date debt was incurred    **09/24/2024**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

Describe debtor's property that is subject to a lien

Future Receipts

Describe the lien

**Loan Disguised as Sale of Future Receipts -- Default Judgment Believed to Exist -- No Service of Process**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$200,000.00**    **unknown**

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.17** **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**Little Rock Commercial Loan Servicing**

**2120 Riverfront Drive Ste. 100**

**Little Rock, AR 72202**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

First Priority, Non-Purchase Money for 2013 Ford Econoline, Purchase Money for 2020 Chevrolet Silverado 2500, Purchase Money for 2021 Chevrolet 2500HD, 2021 Chevrolet 2500HD, 2020 Chevrolet Silverado, 2015 Chevrolet Express, 2021 Dodge Ram Promaster 2500, 2023 Dodge Ram, 2021 Ford, 2021 Ford, Purchase Money For 2021 Dodge Ram Promaster 2500, 2021 Dodge Ram Promaster 2500, Purchase Money for 2021 Cadillac Escalade, 2023 Dodge Ram 4500, 2014 Dodge Ram Promaster 2500, 2021 Dodge Ram Promaster 2500, 2008 Dodge Ram 4500, 2011 Ford E550, Purchase Money for 2019 GMC Yukon, 2007 Dodge Ram 4500, Office equipment, Burn Table Plasma Cutter, Engle Snaplock Roll Forming Machine, Four Metal Breaks, Gas Generators, 2015 Chevrolet Express, Ladders, Torches for Braising, Skillsaws, Sawzalls, Motors, Capacitors, Refrigerant, Transformers, Copper Tubing, Thermostats, Relays, 2014 Dodge Ram Promaster 2500, 2016 Ford F150, 2014 Nissan Van NV 2500, 2018 Dodge Ram 2500, 2014 Chevrolet Silverado, 2022 Chevrolet Silverado 1500, 2015 Chevrolet Express, 2013 Ford E250, Three Desks, Eight Rolling Chairs, Planning Table, Spot Welder, Synchrony and American Home Sheild

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$500,000.00

$571,496.50

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.18**  **Creditor's name**

**Syndicate Group USA, Inc.**

**Creditor's mailing address**

**28-07 Jackson Avenue Unit 09-110**

**Long Island City, NY 11101**

**Creditor's email address, if known**
_____

**Date debt was incurred**  **05/06/2025**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  **2.2**

**Describe debtor's property that is subject to a lien**
Future Receipts

**Describe the lien**
**Loan disguised as Sale of Future Receipts**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| $7,500.00 | unknown |
|---|---|

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.19** Creditor's name

**TD Finance**

Describe debtor's property that is subject to a lien
Purchase Money for 2019 GMC Yukon

**$38,183.00**    **$31,695.00**

**Creditor's mailing address**

**5805 N Lamar Blvd**

**Austin, TX 78752-4431**

Describe the lien
**2019 GMC Yukon**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Creditor's email address, if known**

_____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.17**

---

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page **19** of **21**

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.20** Creditor's name

**Uptown Funding LLC**

**Creditor's mailing address**

**1515 Pine St**

**Lakewood, NJ 08701-4956**

**Creditor's email address, if known**

_____

**Date debt was incurred**   04/07/2025

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines  **2.2**

**Describe debtor's property that is subject to a lien**

Future Receipts

**Describe the lien**

**Loan Disguised as Sale of Future Receipts**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$21,000.00**

Column B: unknown

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Case number (if known) _____

Name

---

| Part 1: | Additional Page |
|---|---|

---

**2.12** Creditor's name

**High Quality Auto Sales**

**Specify each creditor, including this creditor, and its relative priority.**

For 2014 Nissan Van NV 2500: **1) High Quality Auto Sales**; 2) Small Business Administration; For 2016 Ford F150: **1) High Quality Auto Sales**; 2) Small Business Administration; For First Priority, Non-Purchase Money for 2013 Ford Econoline: **1) High Quality Auto Sales**; 2) Small Business Administration; For 2014 Dodge Ram Promaster 2500: **1) High Quality Auto Sales**; 2) Small Business Administration; For 2015 Chevrolet Express: **1) High Quality Auto Sales**; 2) Small Business Administration; For 2015 Chevrolet Express: **1) High Quality Auto Sales**; 2) Small Business Administration; For 2020 Chevrolet Silverado: **1) High Quality Auto Sales**; 2) Small Business Administration; For 2018 Dodge Ram 2500: **1) High Quality Auto Sales**; 2) Small Business Administration; For 2022 Chevrolet Silverado 1500: **1) High Quality Auto Sales**; 2) Small Business Administration; For Purchase Money for 2021 Chevrolet 2500HD: **1) High Quality Auto Sales**; 2) North Mill Equipment Finance, LLC; 3) Small Business Administration; For 2014 Chevrolet Silverado: **1) High Quality Auto Sales**; 2) Small Business Administration

---

**2.17** Creditor's name

**Small Business Administration**

**Specify each creditor, including this creditor, and its relative priority.**

For First Priority, Non-Purchase Money for 2013 Ford Econoline: 1) High Quality Auto Sales; **2) Small Business Administration**; For Purchase Money for 2020 Chevrolet Silverado 2500: 1) Credit Union Texas; **2) Small Business Administration**; For Purchase Money for 2021 Chevrolet 2500HD: 1) High Quality Auto Sales; 2) North Mill Equipment Finance, LLC; **3) Small Business Administration**; For 2021 Chevrolet 2500HD: 1) North Mill Equipment Finance, LLC; **2) Small Business Administration**; For 2021 Chevrolet 2500HD: 1) North Mill Equipment Finance, LLC; **2) Small Business Administration**; For 2020 Chevrolet Silverado: 1) High Quality Auto Sales; **2) Small Business Administration**; For Purchase Money For 2021 Dodge Ram Promaster 2500: 1) National Funding; **2) Small Business Administration**; For 2021 Dodge Ram Promaster 2500: 1) National Funding; **2) Small Business Administration**; For Purchase Money for 2021 Cadillac Escalade: 1) GM Financial; **2) Small Business Administration**; For 2021 Dodge Ram Promaster 2500: 1) National Funding; **2) Small Business Administration**; For 2021 Dodge Ram Promaster 2500: 1) National Funding; **2) Small Business Administration**; For 2008 Dodge Ram 4500: 1) Reynaldo Sanchez; **2) Small Business Administration**; For Purchase Money for 2019 GMC Yukon: 1) TD Finance ; **2) Small Business Administration**; For Office equipment: 1) Ascentium Capital; **2) Small Business Administration**; For 2015 Chevrolet Express: 1) High Quality Auto Sales; **2) Small Business Administration**; For 2014 Dodge Ram Promaster 2500: 1) High Quality Auto Sales; **2) Small Business Administration**; For 2016 Ford F150: 1) High Quality Auto Sales; **2) Small Business Administration**; For 2014 Nissan Van NV 2500: 1) High Quality Auto Sales; **2) Small Business Administration**; For 2018 Dodge Ram 2500: 1) High Quality Auto Sales; **2) Small Business Administration**; For 2014 Chevrolet Silverado: 1) High Quality Auto Sales; **2) Small Business Administration**; For 2022 Chevrolet Silverado 1500: 1) High Quality Auto Sales; **2) Small Business Administration**; For 2015 Chevrolet Express: 1) High Quality Auto Sales; **2) Small Business Administration**

---

Fill in this information to identify the case:

Debtor name  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** | **$0.00** |

**2.1**

Priority creditor's name and mailing address

Hacker Law Firm, PLLC

3355 Cherry Ridge Ste. 214

San Antonio, TX 78230

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

Remarks:
Priority for Post-Petition Court Approved Fee Applications

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

**Post-Petition Attorney's Fees and Costs**

Is the claim subject to offset?

☑ No

☐ Yes

**2.2**

Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No

☐ Yes

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**        Case number *(if known)* _____
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**Po Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred _____

Last 4 digits of account number  **1  0  0  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$3,524.05

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**Po Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred _____

Last 4 digits of account number  **2  0  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$58,547.75

---

**3.3** Nonpriority creditor's name and mailing address

**American Express Business Line of Credit**

**Po Box 981535**

**El Paso, TX 79998-1535**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

$16,231.83

---

**3.4** Nonpriority creditor's name and mailing address

**Capital on Tap**

**Bank of America Business Advantage Card**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$11,194.20

---

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Capital on Tap**

**675 Ponce De Leon Ave NE 8500**

**Atlanta, GA 30308**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: | **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Capital One Business**

**Po Box 60519**

**City Industry, CA 91716-0519**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: | **$5,020.12**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**The Home Depot**

**Dept. 32 - 2146130996**

**Po Box 658226**

**Dallas, TX 75265**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: | **$19,139.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**US Bank VISA**

**Po Box 790408**

**Saint Louis, MO 63179-0408**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: | **$804.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  __Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.__
 Name

Case number *(if known)* _____

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | __$0.00__ |
| 5b. **Total claims from Part 2** | 5b. **+** | __$114,461.49__ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$114,461.49__ |

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** |
| United States Bankruptcy Court for the: _____ **Western**  District of  **Texas** |
| _(State)_ |
| Case number (If known): _____  Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.**  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease for Telephony Equipment** | **First Citizens Bank** |
| | | | **239 Fayetteville St** |
| | State the term remaining | **7 months** | **Raleigh, NC 27601-1309** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED for Real Estate Lease** | **J Molina Assets, LLC** |
| | | | **2891 W Jett Rd** |
| | State the term remaining | **13 months** | **San Antonio, TX 78264-3593** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cantu III, Guillermo** | **231 Sharmain**<br>Street<br><br>**San Antonio, TX 78221**<br>City State ZIP Code | **TD Finance** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | **Jeffrey G. Molina** | **2891 W. Jett Road**<br>Street<br><br>**San Antonio, TX 78264**<br>City State ZIP Code | **Samson Funding** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **DMKA LLC (Smarter Merchant)** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Baypoint Funding LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Fox Funding Group LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **BizFund, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **G and G Funding Group LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Uptown Funding LLC** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number (if known) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **Fox Funding Group LLC** | ☑ D ☐ E/F ☐ G |
| | | | **Syndicate Group USA, Inc.** | ☑ D ☐ E/F ☐ G |
| | | | **EN OD CAPITAL** | ☑ D ☐ E/F ☐ G |
| | | | **Forest Capital Group LLC** | ☑ D ☐ E/F ☐ G |
| | | | **Ascentium Capital** | ☑ D ☐ E/F ☐ G |
| | | | **High Quality Auto Sales** | ☑ D ☐ E/F ☐ G |
| 2.3 | **Laura Molina** | **2891 W. Jett Road** <br> Street <br><br> **San Antonio, TX 78264** <br> City  State  ZIP Code | **Credit Union Texas** | ☑ D ☐ E/F ☐ G |
| 2.4 | _____ | Street <br><br> City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ | Street <br><br> City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street <br><br> City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................

   | $726,079.16 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................

   | $726,079.16 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $1,982,192.63 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

   | + $114,461.49 |

4. **Total liabilities**................................................................................................................................
   Lines 2 + 3a + 3b

   | $2,096,654.12 |

Fill in this information to identify the case:

Debtor name: **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue | Gross revenue |
|---|---|---|---|
| | | Check all that apply | (before deductions and exclusions) |
| From the beginning of the fiscal year to filing date: | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,330,000.00** |
| For prior year: | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$6,079,926.66** |
| For the year before that: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,717,497.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source |
|---|---|---|---|
| | | | (before deductions and exclusions) |
| From the beginning of the fiscal year to filing date: | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | **$0.00** |
| For prior year: | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | _____ | **$0.00** |
| For the year before that: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | _____ | **$0.00** |

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**
_____ Name _____ Case number *(if known)* _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Ascentium Capital** <br> Creditor's name <br> **23970 Highway 59 N** <br> Street <br><br> **Kingwood, TX 77339-1535** <br> City  State  ZIP Code | **06/03/2025** <br><br> **06/04/2025** | **$12,867.62** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. **Baypoint Funding LLC (RTR Recovery)** <br> Creditor's name <br> **370 Lexington Ave Rm 801** <br> Street <br><br> **New York, NY 10017-6510** <br> City  State  ZIP Code | **05/16/2025** <br><br> **05/29/2025** <br><br> **05/30/2025** <br><br> **06/06/2025** <br><br> **06/13/2025** <br><br> **06/27/2025** | **$21,000.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. **BizFund, LLC** <br> Creditor's name <br> **315 Avenue U Fl 3** <br> Street <br><br> **Brooklyn, NY 11223-3923** <br> City  State  ZIP Code | **07/10/2025** <br><br> **07/16/2025** <br><br> **07/17/2025** <br><br> **07/21/2025** <br><br> **Every Banking Day from 5/4/25 through 6/9/25** | **$37,828.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**  Case number *(if known)* _____

Name

3.4. **DMKA LLC (Smarter Merchant)**   **05/27/2025**   **$20,404.44**   ☑ Secured debt
Creditor's name
**345 7th Ave**   **06/03/2025**   ☐ Unsecured loan repayments
Street
_____   **06/10/2025**   ☐ Suppliers or vendors
☐ Services
**New York, NY 10001-5006**   **06/17/2025**   ☐ Other _____
City          State    ZIP Code
**07/01/2025**

3.5. **EN OD CAPITAL**   **Since**   **$37,351.65**   ☑ Secured debt
Creditor's name         **5/7/2025**
**1202 Avenue U 1115**   ☐ Unsecured loan repayments
Street
_____   ☐ Suppliers or vendors
☐ Services
**Brooklyn, NY 11229**   ☐ Other _____
City          State    ZIP Code

3.6. **Forest Capital Group LLC**   **Since**   **$42,981.39**   ☑ Secured debt
Creditor's name         **5/4/2025**
**448 N La Salle Dr**   ☐ Unsecured loan repayments
Street
_____   ☐ Suppliers or vendors
☐ Services
**Chicago, IL 60654-4518**   ☐ Other _____
City          State    ZIP Code

3.7. **Fox Funding Group LLC**   **Since**   **$29,480.85**   ☑ Secured debt
Creditor's name         **5/4/2025**
**803 S 21st Ave**   ☐ Unsecured loan repayments
Street
_____   ☐ Suppliers or vendors
☐ Services
**Hollywood, FL 33020-6962**   ☐ Other _____
City          State    ZIP Code

3.8. **Fox Funding Group LLC**   **Since**   **$20,593.50**   ☑ Secured debt
Creditor's name         **5/4/2025**
**803 S 21st Ave**   ☐ Unsecured loan repayments
Street
_____   ☐ Suppliers or vendors
☐ Services
**Hollywood, FL 33020-6962**   ☐ Other _____
City          State    ZIP Code

Debtor  Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.                    Case number *(if known)*
_____
Name

| | | | |
|---|---|---|---|
| 3.9. | **G and G Funding Group LLC** | **Since** | **$206,500.62** |
| | Creditor's name | **5/4/2025** | |
| | **57 W 57th St Fl 4** | | |
| | Street | | |
| | | | |
| | **New York, NY 10019-2813** | | |
| | City          State     ZIP Code | | |

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.10. | **Samson Funding** | **Since** | **$54,680.00** |
| | Creditor's name | **5/4/2025** | |
| | **90 John St Fl 4 410** | | |
| | Street | | |
| | **90 John Street, Fourth Floor Suite 410** | | |
| | **New York, NY 10038-3202** | | |
| | City          State     ZIP Code | | |

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.11. | **Syndicate Group USA, Inc.** | **Since** | **$22,000.00** |
| | Creditor's name | **5/4/2025** | |
| | **28-07 Jackson Avenue Unit 09-110** | | |
| | Street | | |
| | | | |
| | **Long Island City, NY 11101** | | |
| | City          State     ZIP Code | | |

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.12. | **Uptown Funding LLC** | **Since** | **$57,898.73** |
| | Creditor's name | **5/4/2025** | |
| | **1515 Pine St** | | |
| | Street | | |
| | | | |
| | **Lakewood, NJ 08701-4956** | | |
| | City          State     ZIP Code | | |

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

| | | | |
|---|---|---|---|
| 3.13. | **American Express** | **Since** | **$28,195.61** |
| | Creditor's name | **5/4/2025** | |
| | **PO Box 650448** | | |
| | Street | | |
| | | | |
| | **Dallas, TX 75265** | | |
| | City          State     ZIP Code | | |

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**
Name
Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| 4.1. | **Jeffrey G. Molina**<br>Creditor's name | **Through**<br>**08/04/2025** | **$106,000.00** | **Salary $106,000** |
| | **2891 W. Jett Road**<br>Street | | | |
| | **San Antonio, TX 78264**<br>City State ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Owner** | | | |

| | | | | |
|---|---|---|---|---|
| 4.2. | **Laura Molina**<br>Creditor's name | **Salary**<br>**Through**<br>**08/04/2025** | **$67,756.30** | **Salary Through 8/4/25 --$66,250**<br>**Performance Bonus on 8/28/24 -- $500**<br>**Payroll Reimbursement on 5/30/25 --**<br>**$1006.30** |
| | **2891 W. Jett Road**<br>Street | **08/28/2024** | | |
| | **San Antonio, TX 78264**<br>City State ZIP Code | **Payroll**<br>**Reimbursement**<br>**05/30/2025** | | |
| | Relationship to debtor | | | |
| | **Owner's Spouse** | | | |

| | | | | |
|---|---|---|---|---|
| 4.3. | **Jeffrey Molina, Jr.**<br>Creditor's name | **08/04/2025** | **$79,500.00** | **Salary Through 8/4/2025** |
| | **327 Clutter**<br>Street | | | |
| | **San Antonio, TX 78214**<br>City State ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Owner's Son** | | | |

| | | | | |
|---|---|---|---|---|
| 4.4. | **Guillermo Cantu**<br>Creditor's name | **Salary**<br>**Through**<br>**08/04/2025** | **$80,600.00** | **Salary Through 8/4/2025 -- $79,500** |
| | **231 Sharmain Place**<br>Street | **Wages for**<br>**Week**<br>**07/04/2025** | | |
| | **78221**<br>City State ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Owner's Son** | | | |

| | | | | |
|---|---|---|---|---|
| 4.5. | **Brittany Cantu**<br>Creditor's name | **Salary**<br>**Through**<br>**8/4/25** | **$24,614.22** | **Salary Through 8/4/25 -- $23,575.62**<br>**Reimbursement on 5/30/2025 --**<br>**$1,038.60** |
| | **231 Sharmain Place**<br>Street | **Expense**<br>**Reimbursement**<br>**on**<br>**5/30/2025** | | |
| | **San Antonio, TX 78221**<br>City State ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Owner's Daughter-In-Law** | | | |

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**  Case number *(if known)* _____
Name

| 4.6. | **Mary Tejeda** | **Salary Through 08/04/2025** | $27,214.15 | **Salary through 8/4/25 -- $24,395.20 Pmt. for Sheetrock Work on 11/12/24 -- $1,300.00 Pmt. for Sheetrock Work on 5/30/25 $573.95 Pmt. for Sheetrock Work on 6/6/25 -- $265.00 Pmt. for Sheetrock Work on 3/25/25 -- $530.00 Pmt. for Sheetrock Work on 6/4/25 -- $150.00** |
|---|---|---|---|---|
| | Creditor's name | | | |
| | **5187 Sagamore** | **11/12/2024** | | |
| | Street | | | |
| | | **05/30/2025** | | |
| | **San Antonio, TX 78242** | | | |
| | City          State    ZIP Code | **06/06/2025** | | |
| | Relationship to debtor | | | |
| | **Owner's Sister-In-Law** | **03/25/2025** | | |
| | | **06/04/2025** | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| | XXXX– __ __ __ __ | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**
Name _____  Case number *(if known)* _____

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Samson Funding v. Molina Ventures, LLC et. all** | **Breach of Contract** | **Supreme Court of the State of New York County of Rockland**<br>Name<br>**1 Main St # 100**<br>Street<br><br>**Brooklyn, NY 11201-1091**<br>City     State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**034877/2025** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Uptown Fund, LLC v. Molina Ventures, LLC et. al.** | | **Supreme Court of the State of New York, County of Washington**<br>Name<br>**333 Broadway**<br>Street<br><br>**Fort Edward, NY 12828**<br>City     State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**E2025-399663** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Baypoint Funding,LLC v. Molina Ventures, LLC et al** | | **Supreme Court of the State of New York County of Kings**<br>Name<br>**360 Adams St # 4**<br>Street<br><br>**Brooklyn, NY 11201**<br>City     State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **ASI LLOYDS AS SUBROGEE OF FRANKIN BENNETT AND JANNIFER BENNETT VS MOLINA VENTURES, LLC D/B/A AMERICAN AIR CONDITIONING & HEATING CO** | **Non Suit** | **In the County Court at Law No. 3 Bexar County, Texas**<br>Name<br><br>Street<br><br>City     State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**2023CV04724** | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Jean-Pierre Korngold VS A-US Air Conditioning of Texas Ltd ET AL** | **Non-Suit** | **131st District Court, Bexar County, Texas**<br>Name<br>**100 Dolorosa**<br>Street<br><br>**San Antonio, TX 78205-3038**<br>City     State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**2022CI00076** | | | |

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**
      Name
          Case number *(if known)* _____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | _____ | _____ | _____ |
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | _____ | Name |
| | _____ | | Street |
| | | **Case number** | |
| | City      State    ZIP Code | _____ | City      State    ZIP Code |
| | | **Date of order or assignment** | |
| | | _____ | |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | Recipient's name | | | |
| | Street | _____ | | |
| | _____ | | | |
| | City      State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:  Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | _____ | _____ | _____ | _____ |

---

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Name

Case number *(if known)*

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| | **Hacker Law Firm, PLLC** | **Attorney's Fee -- Pre-Petition** | **07/19/2025** | **$4,350.00** |
| | **Address** | **Attorney's Fee -- Pre-Petition** | **08/04/2025** | **$5,057.50** |
| | **3355 Cherry Ridge Dr Ste 214**<br>Street | **Payment of Costs -- Ch. 11 Filing Fee** | **08/04/2025** | **$1,738.00** |
| | **San Antonio, TX 78230-4818**<br>City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | Who made the payment, if not debtor? | | | |
| | **Debtor paid $15,000, Debtor's Owner's Son Guillermo Cantu who is an Employee paid $5,000.00 and Debtor's Owner's Daughter who is not an Employee paid $10,000, from which the fees set froth below were withdrawn** | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| | **businessloansfinancial.com** | **Debt Consolidation Services and Loan Origination** | **07/01/2025** | **$14,806.71** |
| | **Address** | **Debt Consolidation Services and Loan Origination** | **06/30/2025** | **$14,806.71** |
| | **1293 Professional Dr**<br>Street | | | |
| | **Myrtle Beach, SC 29577-5754**<br>City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **www.businessloansfinancial.com and support@businesslaonsfinancial.com** | | | |
| | Who made the payment, if not debtor? | | | |
| | **Molina Ventures, LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**          Case number *(if known)*
_____
Name

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

_____          _____          _____          _____

| Trustee |
|---|
| |

_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

_____          _____          _____          _____

| Address |
|---|
| |

_____
Street

_____

_____
City                    State     ZIP Code

| Relationship to debtor |
|---|
| |

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| | |

14.1. _____          From _____ To _____
Street

_____

_____
City                    State     ZIP Code

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**    Case number *(if known)*
　　　Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____    _____    _____

　　Facility name

　　_____

　　Street

| | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

　　_____

　　City　　　　State　　ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

---

**Part 9:**　Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

　　　Does the debtor have a privacy policy about that information?

　　　☐ No

　　　☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

　　☐ No. Go to Part 10.

　　☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

　　_____    EIN: _ _ – _ _ _ _ _ _ _

　　Has the plan been terminated?

　　☐ No

　　☐ Yes

---

**Part 10:**　Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ | XXXX– _ _ _ _ | ☐ Checking | _____ | _____ |
| Name | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| Street | | ☐ Brokerage | | |
| _____ | | ☐ Other | | |
| City　　　State　ZIP Code | | _____ | | |

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**
Name

Case number *(if known)*

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Name

Case number *(if known)* _____

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.    Case number *(if known)* _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>_____<br>City      State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City         State      ZIP Code | From _____  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City         State      ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City         State      ZIP Code | _____<br><br>_____<br><br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.          Case number *(if known)*

Name

| Name and address |
|---|

**26d.1.**

Name

Street

City                              State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.**

Name

Street

City                              State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | , | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | , | | From _____  To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____

Name _____

Street _____

_____

City _____ State ____ ZIP Code

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: $\_\_ \_ _____$ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: $\_\_ \_ _____$ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**08/04/2025**___
          MM/ DD/ YYYY

**X** **/s/ Jeffrey G. Molina**_____         Printed name _____**Jeffrey G. Molina**_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____**Owner**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Western District of Texas</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Ascentium Capital<br>23970 Highway 59 N<br>Kingwood, TX 77339-1535 | | Computer Equipment | | $269,838.86 | $20,000.00 | $249,838.86 |
| 2 G and G Funding Group LLC<br>57 W 57th St Fl 4<br>New York, NY 10019-2813 | | Loan Disguised as Future Receivables Sale and Purchase Agreement | Disputed | | | $240,000.00 |
| 3 Samson Funding<br>90 John Street, Fourth Floor Suite 410<br>90 John St Fl 4 410<br>New York, NY 10038-3202 | | Loan Disguised as Sale of Future Receipts -- Default Judgment Believed to Exist -- No Service of Process | Disputed | | | $200,000.00 |
| 4 Small Business Administration<br>Little Rock Commercial Loan Servicing<br>2120 Riverfront Drive Ste. 100<br>Little Rock, AR 72202 | | | | $500,000.00 | $571,496.50 | $153,850.13 |
| 5 National Funding<br>4380 La Jolla Village Dr<br>San Diego, CA 92122 | | Three 2021 Dodge Promaster 2500s and One 2023 Dodge Promaster 2500 | | $177,595.10 | $26,120.00 | $151,475.10 |
| 6 EN OD CAPITAL<br>1202 Avenue U 1115<br>Brooklyn, NY 11229 | | Loan Disguised as Merchant Cash Advance Agreement | Disputed | | | $80,000.00 |
| 7 Forest Capital Group LLC<br>448 N La Salle Dr<br>Chicago, IL 60654-4518 | | Loan disguised as Merchant Cash Advance Agreement | Disputed | | | $80,000.00 |
| 8 High Quality Auto Sales<br>2575 Walsh Rd<br>San Antonio, TX 78224-3042 | | Purchase Money Loans Secured by Vehicles excluding (a) the 2021 Cadillac Escalade, ... Dodge Ram | | $138,380.00 | $73,221.00 | $65,159.00 |

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

Promaster, (c) one 2020 Dodge Promaster, (d) the 2021 Chevy Silverado 2500, (e) 2023 GMC Yukon, (f) the 2008 Dodge Ram 2500

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  DMKA LLC (Smarter Merchant) 345 7th Ave New York, NY 10001-5006 | | Disguised Loan Styled as Agreement for the Sale of Furter Receipts | Disputed | | | $60,000.00 |
| 10  American Express Po Box 6031 Carol Stream, IL 60197-6031 | | Credit Card | | | | $58,547.75 |
| 11  Baypoint Funding LLC 370 Lexington Ave Rm 801 New York, NY 10017-6510 | | | Disputed | | | $45,000.00 |
| 12  Fox Funding Group LLC 803 S 21st Ave Hollywood, FL 33020-6962 | | Loan disguised as Future Receivables Sale and Purchase Agreement | Disputed | | | $33,000.00 |
| 13  Uptown Funding LLC 1515 Pine St Lakewood, NJ 08701-4956 | | Loan Disguised as Sale of Future Receipts | Disputed | | | $21,000.00 |
| 14  The Home Depot Dept. 32 - 2146130996 Po Box 658226 Dallas, TX 75265 | | Credit Card | | | | $19,139.25 |
| 15  American Express Business Line of Credit Po Box 981535 El Paso, TX 79998-1535 | | Business Line of Credit | | | | $16,231.83 |
| 16  Fox Funding Group LLC 803 S 21st Ave Hollywood, FL 33020-6962 | | Loan disguised as Future Receivables Sale and Purchase Agreement | Disputed | | | $12,000.00 |
| 17  Capital on Tap Bank of America Business Advantage Card Po Box 15796 Wilmington, DE 19886-5796 | | Credit Card | | | | $11,194.20 |
| 18  Syndicate Group USA, Inc. 28-07 Jackson Avenue Unit 09-110 Long Island City, NY 11101 | | Loan disguised as Sale of Future Receipts | Disputed | | | $7,500.00 |
| 19  TD Finance 5805 N Lamar Blvd Austin, TX 78752-4431 | | 2019 GMC Yukon | | $38,183.00 | $31,695.00 | $6,488.00 |
| 20  Capital One Business Po Box 60519 City Industry, CA 91716-0519 | | Credit Card | | | | $5,020.12 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**    Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.

Case No. _____

**Debtor**                                                     Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    **$0.00**

Prior to the filing of this statement I have received ...............................................................    **$0.00**

Balance Due ..........................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)    **Debtor's Owner and Debtor's Owner's Sons Who are Employees**

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **08/04/2025** | **/s/ Paul Steven Hacker** |
| *Date* | Paul Steven Hacker |
| | *Signature of Attorney* |

Bar Number: 00787612
Hacker Law Firm, PLLC
3355 Cherry Ridge Ste. 214
San Antonio, TX 78230
Phone: (210) 595-2045

**Hacker Law Firm, PLLC**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Molina Ventures LLC d/b/a American**
   **Air Conditioning & Heating Co.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **08/04/2025**      Signature                          **/s/ Jeffrey G. Molina**
                                        Jeffrey G. Molina, Owner

American Express
Po Box 6031
Carol Stream, IL 60197-6031


American Express Business
Line of Credit
Po Box 981535
El Paso, TX 79998-1535


Ascentium Capital
23970 Highway 59 N
Kingwood, TX 77339-1535


Baypoint Funding LLC
370 Lexington Ave Rm 801
New York, NY 10017-6510


Guillermo Cantu, III
231 Sharmain
San Antonio, TX 78221


Capital on Tap
Bank of America Business Advantage Card
Po Box 15796
Wilmington, DE 19886-5796


Capital on Tap
675 Ponce De Leon Ave NE 8500
Atlanta, GA 30308


Capital One Business
Po Box 60519
City Industry, CA 91716-0519

Credit Union Texas
Po Box 515719
Dallas, TX 75251-5719

DMKA LLC (Smarter Merchant)
345 7th Ave
New York, NY 10001-5006

EN OD CAPITAL
1202 Avenue U 1115
Brooklyn, NY 11229

First Citizens Bank
239 Fayetteville St
Raleigh, NC 27601-1309

Forest Capital Group LLC
448 N La Salle Dr
Chicago, IL 60654-4518

Fox Funding Group LLC
803 S 21st Ave
Hollywood, FL 33020-6962

G and G Funding Group LLC
57 W 57th St Fl 4
New York, NY 10019-2813

GM Financial
P.O. Box 183593
Arlington, TX 76096

Hacker Law Firm, PLLC
3355 Cherry Ridge Ste. 214
San Antonio, TX 78230


High Quality Auto Sales
2575 Walsh Rd
San Antonio, TX 78224-3042


J Molina Assets, LLC
2891 W Jett Rd
San Antonio, TX 78264-3593


Jeffrey G. Molina
2891 W. Jett Road
San Antonio, TX 78264


Laura Molina
2891 W. Jett Road
San Antonio, TX 78264


National Funding
4380 La Jolla Village Dr
San Diego, CA 92122


North Mill Equipment Finance,
LLC
601 Merritt 7, # 5
Norwalk, CT 06851


Reynaldo Sanchez
118 Colleen Drive
San Antonio, TX 78228

Samson Funding
90 John Street, Fourth Floor
Suite 410
90 John St Fl 4 410
New York, NY 10038-3202

Small Business
Administration
Little Rock Commercial Loan Servicing
2120 Riverfront Drive Ste. 100
Little Rock, AR 72202

Syndicate Group USA, Inc.
28-07 Jackson Avenue Unit 09-110
Long Island City, NY 11101

TD Finance
5805 N Lamar Blvd
Austin, TX 78752-4431

The Home Depot
Dept. 32 - 2146130996
Po Box 658226
Dallas, TX 75265

Uptown Funding LLC
1515 Pine St
Lakewood, NJ 08701-4956

US Bank VISA
Po Box 790408
Saint Louis, MO 63179-0408

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/04/2025**
                        MM/ DD/ YYYY

**X** **/s/ Jeffrey G. Molina**
Signature of individual signing on behalf of debtor

**Jeffrey G. Molina**
Printed name

**Owner**
Position or relationship to debtor

Official Form B202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**