**Fill in this information to identify the case:**

Debtor name ___ Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. ___

United States Bankruptcy Court for the:

___ **Western District of Texas** ___

Case number (if known): ___ **25-51802** ___

☑ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Insco Distributing, Inc 12501 Network Blvd San Antonio, TX 78249 | | Unsecured | | | | $479,841.39 |
| 2  Ascentium Capital 23970 Highway 59 N Kingwood, TX 77339-1535 | | Computer Equipment | | $269,838.86 | $20,000.00 | $249,838.86 |
| 3  G and G Funding Group LLC 57 W 57th St Fl 4 New York, NY 10019-2813 | | Loan Disguised as Future Receivables Sale and Purchase Agreement | Disputed | | | $240,000.00 |
| 4  Samson Funding 90 John Street, Fourth Floor Suite 410 90 John St Fl 4 410 New York, NY 10038-3202 | | Loan Disguised as Sale of Future Receipts -- Default Judgment Believed to Exist -- No Service of Process | Disputed | | | $200,000.00 |
| 5  Small Business Administration Little Rock Commercial Loan Servicing 2120 Riverfront Drive Ste. 100 Little Rock, AR 72202 | | | | $500,000.00 | $571,496.50 | $153,850.13 |
| 6  National Funding 4380 La Jolla Village Dr San Diego, CA 92122 | | Three 2021 Dodge Promaster 2500s and One 2023 Dodge Promaster 2500 | | $177,595.10 | $26,120.00 | $151,475.10 |
| 7  EN OD CAPITAL 1202 Avenue U 1115 Brooklyn, NY 11229 | | Loan Disguised as Merchant Cash Advance Agreement | Disputed | | | $80,000.00 |
| 8  Forest Capital Group LLC 448 N La Salle Dr Chicago, IL 60654-4518 | | Loan disguised as Merchant Cash Advance Agreement | Disputed | | | $80,000.00 |

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**  Case number *(if known)*  __25-51802__

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  High Quality Auto Sales<br>2575 Walsh Rd<br>San Antonio, TX 78224-3042 | | Purchase Money Loans Secured by Vehicles excluding (a) the 2021 Cadillac Escalade, (b) one 2021 Dodge Ram Promaster, (c) one 2023 Dodge Ram Promaster, (d) the 2021 Chevy Silverado 2500, (e) the 2019 GMC Yukon, (f) the 2008 Dodge Ram 2500 | | $138,380.00 | $73,221.00 | $65,159.00 |
| 10  DMKA LLC (Smarter Merchant)<br>345 7th Ave<br>New York, NY 10001-5006 | | Disguised Loan Styled as Agreement for the Sale of Furter Receipts | Disputed | | | $60,000.00 |
| 11  American Express<br>Po Box 6031<br>Carol Stream, IL 60197-6031 | | Credit Card | | | | $58,547.75 |
| 12  Baypoint Funding LLC<br>370 Lexington Ave Rm 801<br>New York, NY 10017-6510 | | | Disputed | | | $45,000.00 |
| 13  Daikin<br>19001 Kerimer Road<br>Waller, TX 77484 | | OEM Distributor | | | | $42,260.01 |
| 14  Ferguson<br>5101 Eisenhauer Road Bldg, 6<br>San Antonio, TX 78218 | | Plumbing & HVAC Supplies | | | | $39,965.52 |
| 15  Fox Funding Group LLC<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 | | Loan disguised as Future Receivables Sale and Purchase Agreement | Disputed | | | $33,000.00 |
| 16  Johnstone Supply<br>9311 Broadway Ste. 200<br>San Antonio, TX 78217 | | Supplies and Distributor for Parts, Tools & Systems | | | | $26,874.31 |
| 17  Uptown Funding LLC<br>1515 Pine St<br>Lakewood, NJ 08701-4956 | | Loan Disguised as Sale of Future Receipts | Disputed | | | $21,000.00 |
| 18  The Home Depot<br>Dept. 32 - 2146130996<br>Po Box 658226<br>Dallas, TX 75265 | | Credit Card | | | | $19,139.25 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| 19 | American Metals Supply Co<br>9320 FM 2920 Ste. 500<br>Tomball, TX 77375 | | Materials for HVAC<br>Systems | | | | $18,322.47 |
|----|---|---|---|---|---|---|---|
| 20 | Carrier Corporation<br>PO Box 93844<br>Chicago, IL 60673 | | Manufacturer &<br>Distributor for Parts | | | | $18,254.00 |

Fill in this information to identify the case:

Debtor name     **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known):    **25-51802**

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
**Priority creditor's name and mailing address**

   Hacker Law Firm, PLLC

   3355 Cherry Ridge Ste. 214

   San Antonio, TX 78230

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ___

Remarks:
Priority for Post-Petition Court Approved Fee Applications

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
**Post-Petition Attorney's Fees and Costs**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **unknown**

Priority amount: **($9,392.00)**

**2.2**
**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number *(if known)* | **25-51802** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**Alpha Cantor**

**2075 E. FM 1187**

**Aledo, TX 76008**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refrigerant Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

$15,800.00

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**Po Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred

Last 4 digits of account number   1   0   0   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

$3,524.05

**3.3** Nonpriority creditor's name and mailing address

**American Express**

**Po Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred

Last 4 digits of account number   2   0   0   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

$58,547.75

**3.4** Nonpriority creditor's name and mailing address

**American Express Business Line of Credit**

**Po Box 981535**

**El Paso, TX 79998-1535**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Line of Credit**

Is the claim subject to offset?
☒ No
☐ Yes

$16,231.83

Debtor  **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**          Case number *(if known)* ___25-51802___
     Name

---

| **Part 2:** | **Additional Page** |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**American Metals Supply Co**

**9320 FM 2920 Ste. 500**

**Tomball, TX 77375**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:      **$18,322.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
                **Materials for HVAC**
Basis for the claim: **Systems**

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

**Americrane**

**5807 Schertz Pkwy**

**Schertz, TX 78154**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:      **$1,580.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Crane Rental Services**

Is the claim subject to offset?
☒ No
☐ Yes

**3.7** Nonpriority creditor's name and mailing address

**AZ Transmission**

**Carrier Commercial Services**

**12029 Starcrest Drive**

**San Antonio, TX 78247**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:      **$1,900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Auto Repair**

Is the claim subject to offset?
☒ No
☐ Yes

**3.8** Nonpriority creditor's name and mailing address

**Capital on Tap**

**Bank of America Business Advantage Card**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:      **$11,194.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         page 3 of 9

Debtor   **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**          Case number *(if known)* _____ **25-51802**
Name

---

| **Part 2:** | **Additional Page** |
|---|---|

**3.9** Nonpriority creditor's name and mailing address

**Capital on Tap**

**675 Ponce De Leon Ave NE 8500**

**Atlanta, GA 30308**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.10** Nonpriority creditor's name and mailing address

**Capital One Business**

**Po Box 60519**

**City Industry, CA 91716-0519**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$5,020.12

---

**3.11** Nonpriority creditor's name and mailing address

**Captive Air Systems**

**4641 Paragon Park Road**

**Raleigh, NC 27616**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$10,926.70

---

**3.12** Nonpriority creditor's name and mailing address

**Carrier Corporation**

**PO Box 93844**

**Chicago, IL 60673**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Manufacturer & Distributor for Parts**

Is the claim subject to offset?
☑ No
☐ Yes

$18,254.00

---

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number *(if known)* | **25-51802** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.13** Nonpriority creditor's name and mailing address

**Daikin**

**19001 Kerimer Road**

**Waller, TX 77484**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **OEM Distributor**

Is the claim subject to offset?
☑ No
☐ Yes

$42,260.01

---

**3.14** Nonpriority creditor's name and mailing address

**Ferguson**

**5101 Eisenhauer Road Bldg, 6**

**San Antonio, TX 78218**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Plumbing & HVAC Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$39,965.52

---

**3.15** Nonpriority creditor's name and mailing address

**Insco Distributing, Inc**

**12501 Network Blvd**

**San Antonio, TX 78249**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$479,841.39

---

**3.16** Nonpriority creditor's name and mailing address

**Johnstone Supply**

**9311 Broadway Ste. 200**

**San Antonio, TX 78217**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies and Distributor for Parts, Tools & Systems**

Is the claim subject to offset?
☑ No
☐ Yes

$26,874.31

---

| Debtor | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** | Case number *(if known)* | **25-51802** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,932.00 |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address

**Lennox**

**2140 Lake Park Blvd**

**Richardson, TX 75080**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment **Replacement**

Is the claim subject to offset?
☑ No
☐ Yes

$4,932.00

---

**3.18** Nonpriority creditor's name and mailing address

**Linde**

**10 Riverview Drive**

**Danbury, CT 06810**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gas & Welding **Materials**

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

**3.19** Nonpriority creditor's name and mailing address

**Reece**

**4955 Stout Drive**

**San Antonio, TX 78219**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply House**

Is the claim subject to offset?
☑ No
☐ Yes

$14,811.47

---

**3.20** Nonpriority creditor's name and mailing address

**Service First Uniforms**

**425 Gaston Foster Road Ste. J**

**Orlando, FL 32807**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uniform Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,400.00

Debtor   **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**          Case number *(if known)*     **25-51802**
         Name

## Part 2:  Additional Page

**3.21**  Nonpriority creditor's name and mailing address

**Texas First Rental**

**5665 SE Loop 410**

**San Antonio, TX 78222**

Date or dates debt was incurred                    _____

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:                    $251.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rental**

Is the claim subject to offset?
☑ No
☐ Yes

**3.22**  Nonpriority creditor's name and mailing address

**The Home Depot**

**Dept. 32 - 2146130996**

**Po Box 658226**

**Dallas, TX 75265**

Date or dates debt was incurred                    _____

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:                    $19,139.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**3.23**  Nonpriority creditor's name and mailing address

**Trane Supply**

**800 E. Beaty Street Ste. E**

**Davidson, NC 28036**

Date or dates debt was incurred                    _____

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:                    $2,445.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Manufacturer & Distributor**

Is the claim subject to offset?
☑ No
☐ Yes

**3.24**  Nonpriority creditor's name and mailing address

**US Bank VISA**

**Po Box 790408**

**Saint Louis, MO 63179-0408**

Date or dates debt was incurred                    _____

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:                    $804.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**          Case number *(if known)*        **25-51802**
          Name

---

**Part 2:** **Additional Page**

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 |

**US Sales, Inc**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**318 Melrose Place**

**San Antonio, TX 78212**

Basis for the claim:  **Material Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | Case number *(if known)* | 25-51802 |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$801,026.76** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$801,026.76** |

Schedule E/F: Creditors Who Have Unsecured Claims

| Fill in this information to identify the case: |
|---|

| Debtor name | **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.** |
|---|---|

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (if known): **25-51802** Chapter **11**

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Adobe |
|---|---|---|---|
| | | | 45 Park Avenue |
| | | | San Jose, CA 95110 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Dispatch.Me |
|---|---|---|---|
| | | | 27 School Street 4th Floor |
| | | | Boston, MA 02108 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease for Telephony Equipment | First Citizens Bank |
|---|---|---|---|
| | | Contract to be ASSUMED | 239 Fayetteville St |
| | | | Raleigh, NC 27601-1309 |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Hypertherm |
|---|---|---|---|
| | | | Global HQ |
| | | | 160 Radcliffe Road |
| | State the term remaining | 0 months | Hanover, NH 03755 |
| | List the contract number of any government contract | | |

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | Case number (if known) 25-51802 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3">■     <b>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED for Real Estate Lease | J Molina Assets, LLC<br>2891 W Jett Rd<br>San Antonio, TX 78264-3593 |
| | State the term remaining | 13 months | |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Jamf Now<br>100 Washington Avenue S Ste. 900<br>Minneapolis, MN 55401 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Microsoft<br>One Microsoft Way<br>Redmond, WA 98052 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Plan Hub<br>1665 Palm Beach Lakes Blvd Ste. 300<br>West Palm Beach, FL 33401 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Quickbooks<br>2700 Coast Avenue<br>Mountain View, CA 94043 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| Debtor | Molina Ventures LLC d/b/a American Air Conditioning & Heating Co. | Case number (if known) 25-51802 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3"><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.10** State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Service Titan |
| | | 800 N. Brand Blvd Ste. 100 |
| State the term remaining | 0 months | Glendale, CA 91203 |
| List the contract number of any government contract | | |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Trello |
| | | 55 Broadway 25th Floor |
| State the term remaining | 0 months | New York, NY 10006 |
| List the contract number of any government contract | | |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Turbify |
| | | 2600 Tower Oaks Blvd Ste 700 |
| State the term remaining | 0 months | Rockville, MD 20852 |
| List the contract number of any government contract | | |
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED-Software License | Wix |
| | | Pingag 59 |
| State the term remaining | 0 months | Tel Aviv Yafo, Israel, |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): **25-51802**

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑  *Schedule H: Codebtors* (Official Form 206H)

❑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑  Amended Schedule _E/F_____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/06/2025**
　　　　　　　 MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Jeffrey G. Molina**
Printed name

**Owner**
Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: Molina Ventures LLC d/b/a American
      Air Conditioning & Heating Co.

CASE NO 25-51802

CHAPTER 11


## AMENDED

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    __08/06/2025__      Signature _____

                                           Jeffrey G. Molina, Owner

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                         CASE NO. 25-51802

MOLINA VENTURES LLC
D/B/A AMERICAN AIR CONDITIONING
& HEATING CO.

DEBTOR                                    CHAPTER 11 SUB V


Add the following Creditor(s) to the Creditors Matrix:

Insco Distributing, Inc
12501 Network Blvd
San Antonio, TX 78249

Alpha Cantor
2075 E. FM 1187
Aledo, TX 76008

American Metals Supply Co
9320 FM 2920 Ste. 500
Tomball, TX 77375

Americrane
5807 Schertz Pkwy
Schertz, TX 78154

AZ Transmission
Carrier Commercial Services
12029 Starcrest Drive
San Antonio, TX 78247

Captive Air Systems
4641 Paragon Park Road
Raleigh, NC 27616

Carrier Corporation
PO Box 93844
Chicago, IL 60673

Daikin
19001 Kerimer Road
Waller, TX 77484

Ferguson
5101 Eisenhauer Road Bldg, 6
San Antonio, TX 78218

Johnstone Supply
9311 Broadway Ste. 200
San Antonio, TX 78217

Lennox
2140 Lake Park Blvd
Richardson, TX 75080

Linde
10 Riverview Drive
Danbury, CT 06810

Reece
4955 Stout Drive
San Antonio, TX 78219

Service First Uniforms
425 Gaston Foster Road Ste. J
Orlando, FL 32807

Texas First Rental
5665 SE Loop 410
San Antonio, TX 78222

Trane Supply
800 E. Beaty Street Ste. E
Davidson, NC 28036

US Sales, Inc
318 Melrose Place
San Antonio, TX 78212

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been sent to the parties listed below and the Twenty largest unsecured Creditors and parties Requesting Notice listed ECF notice on August ___6___, 2025:

Insco Distributing, Inc
12501 Network Blvd
San Antonio, TX 78249

Ascentium Capital
23970 Highway 59 N
Kingwood, TX 77339-1535

Samson Funding
90 John Street, Fourth Floor Suite 410
New York, NY 10038-3202

Small Business Administration
Little Rock Commercial Loan Servicing
2120 Riverfront Drive Ste. 100
Little Rock, AR 72202

Forest Capital Group LLC
448 N La Salle Dr
Chicago, IL 60654-4518

DMKA LLC (Smarter Merchant)
345 7th Ave
New York, NY 10001-5006

Baypoint Funding LLC
370 Lexington Ave Rm 801
New York, NY 10017-6510

Ferguson
5101 Eisenhauer Road Bldg, 6
San Antonio, TX 78218

Johnstone Supply
9311 Broadway Ste. 200
San Antonio, TX 78217

American Metals Supply Co
9320 FM 2920 Ste. 500
Tomball, TX 77375

G and G Funding Group LLC
57 W 57th St Fl 4
New York, NY 10019-2813

National Funding
4380 La Jolla Village Dr
San Diego, CA 92122

EN OD CAPITAL
1202 Avenue U 1115
Brooklyn, NY 11229

The Home Depot
Dept. 32 - 2146130996
PO Box 658226
Dallas, TX 75265

High Quality Auto Sales
2575 Walsh Rd
San Antonio, TX 78224-3042

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Daikin
19001 Kerimer Road
Waller, TX 77484

Fox Funding Group LLC
803 S 21st Ave
Hollywood, FL 33020-6962

Uptown Funding LLC
1515 Pine St
Lakewood, NJ 08701-4956

Carrier Corporation
PO Box 93844
Chicago, IL 60673

James W. Rose, Jr
Office of the United States Trustee's
615 E. Houston Street, Ste. 533
San Antonio, TX 78205

Alpha Cantor
2075 E. FM 1187
Aledo, TX 76008

American Metals Supply Co
9320 FM 2920 Ste. 500
Tomball, TX 77375

Americrane
5807 Schertz Pkwy
Schertz, TX 78154

AZ Transmission
Carrier Commercial Services
12029 Starcrest Drive
San Antonio, TX 78247

Captive Air Systems
4641 Paragon Park Road
Raleigh, NC 27616

Carrier Corporation
PO Box 93844
Chicago, IL 60673

Lennox
2140 Lake Park Blvd
Richardson, TX 75080

Linde
10 Riverview Drive
Danbury, CT 06810

Reece
4955 Stout Drive
San Antonio, TX 78219

Service First Uniforms
425 Gaston Foster Road Ste. J
Orlando, FL 32807

Texas First Rental
5665 SE Loop 410
San Antonio, TX 78222

Trane Supply
800 E. Beaty Street Ste. E
Davidson, NC 28036

US Sales, Inc
318 Melrose Place
San Antonio, TX 78212

Molina Ventures LLC d/b/a American Air Conditioning & Heating Co.
Attn: Jeffrey G. Molina
12820 S Zarzamora St
San Antonio, TX 78224-3096

/s/ Paul S. Hacker
Paul Steven Hacker