**Fill in this information to identify the case:**

Debtor Name __Molina Ventures, LLC__

United States Bankruptcy Court for the: Western District of Texas

Case number: __25-51802-cag__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __August__

Line of business: __HVAC Sales and Service__

Date report filed: __09/22/2025__
MM / DD / YYYY

NAISC code: __238220__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    Jeffrey Molina, Jr.

Original signature of responsible party

Printed name of responsible party    Jeffrey Molina, Jr.

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Molina Ventures, LLC

Case number 25-51802-cag

17.  Have you paid any bills you owed before you filed bankruptcy?  ☑  ☐  ☐
18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑  ☐  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 35,832.56

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 272,801.84

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 225,417.21

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 47,384.63

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 82,421.64

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

*(Exhibit E)*

$ 24,750.00

Debtor Name __Molina Ventures, LLC_____        Case number __25-51802-cag_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ __508,509.86__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                 44

27. What is the number of employees as of the date of this monthly report?                    44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ __0.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __0.00__

30. How much have you paid this month in other professional fees?                                 $ __0.00__

31. How much have you paid in total other professional fees since filing the case?                $ __0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 394,000.00 | − | $ 272,801.84 | = | $ -121,198.16 |
| 33. **Cash disbursements** | $ 408,176.69 | − | $ 225,417.21 | = | $ 182,759.48 |
| 34. **Net cash flow** | $ -14,176.69 | − | $ 47,384.63 | = | $ 61,561.32 |

35. Total projected cash receipts for the next month:                                    $ 322,175.00

36. Total projected cash disbursements for the next month:                            − $ 356,176.69

37. Total projected net cash flow for the next month:                                   = $ -34,001.69

Debtor Name Molina Ventures, LLC

Case number 25-51802-cag

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☑ 42.  Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

Exhibit B

MOR – Part 1, Question 10

During the reporting period Debtor has continued using Security Service Federal Credit Union checking account number ending in 1071 (the "SSFCU Pre-Petition Account") due the Debtor's DIP account with Broadway Bank being opened on August 12, 2025 (the "DIP Account"). Funds continue to be deposited into the SSFCU Pre-Petition Account by Service Titan, a payment processor used by Debtor. Debtor has instructed Service Titan to direct all deposits into the DIP Account. Debtor anticipates the SSFCU Pre-Petition Account to be closed by the end of September 2025. The Debtor will be amending its petition to reflect the actual balance in the SSFCU Pre-Petition Account as it was lower than believed due to a pending deposit at the time of filing.

In addition, JP Morgan Chase, N.A ("JPMC") held pre-petition accounts for Debtor that the Debtor believes were closed at or near the Petition Date. The Debtor is no longer able to access account statements for those JPMC accounts.

MOR Part 1 – Question 17

During the reporting period Debtor obtained permission from the Court to pay, and did pay, prepetition wages to employees.

MOR Part 1 – Question 18

During the reporting period a pre-petition check for pre-petition wages drawn by Debtor was processed by Security Service Federal Credit Union (the "Pre-Petition SSFCU Wages Check") to return about $300 in child support to an employee that was not properly deducted during the pre-petition pay period. This Pre-Petition SSFCU Wages Check was included in the amounts later approved by the Court for payment.

# EXHIBITS C & D

## Molina Ventures 8/4/25 to 8/31/25 -- Cash Flow and Bank Reconciliation

**Pre-Petition Account**
SSFCU Checking Ending in 1000

| | |
|---|---|
| Beginning Balance as of 1/1/25 | $ 35,131.56 |
| Plus Credits from 8/1/25 to 8/31/25 | $ 155,281.95 |
| Less Debits from 8/1/25 to 8/31/25 | $ 190,260.36 |
| Less: Credits from 8/1/25 to 8/31/25 | $ 303.11 |
| Plus: Debits from 8/1/25 to 8/3/25 | $ 397.66 |
| Less Debits from 8/1/25 to 8/3/25 | $ 397.66 |
| Plus Credits from 8/1/25 to 8/3/25 | $ 303.11 |
| Ending Balance as of 8/31/25 | $ 153.15 |

| | |
|---|---|
| Cash Balance as of 8/1/25 | $ 35,131.56 |
| Less: Credits from 8/1/25 to 8/3/25 | $ 303.11 |
| Plus: Debits from 8/1/25 to 8/3/25 | $ 397.66 |
| Petition Date Cash | $ 35,832.33 |
| Less: Debits 8/4/25 to 8/31/25 | $ 189,862.70 |
| Plus: Credits from 8/4/25 to 8/31/25 | $ 154,978.84 |
| Ending Cash on 8/31/25 | $ 153.15 |
| SSFCU Cash Flow from 8/4/25 to 8/31/25 | $ (35,679.18) |
| Cash Receipts 8/4/25 to 8/31/25 | $ 154,978.84 |
| BEGINNING CASH 8/4/25 | $ 35,832.33 |

**DIP Account (Opened 8/12/25)**
Broadway Acct/ Ending in 9678

| | |
|---|---|
| Cash Balance as of Open Date 8/12/25 | $ 17,895.00 |
| Less Debits from 8/12 to 8/31 | $ 102,132.51 |
| Plus Credits from 8/15/25 to 8/31/25 | $ 166,505.50 |
| Ending Cash on 8/31/25 | $ 82,268.49 |
| DIP Acct. Cash Flow from 8/4 to 8/31 | $ 64,372.99 |
| Cash Receipts 8/4/25 to 8/31/25 | $ 166,505.50 |

| | | | |
|---|---|---|---|
| BEGINNING CASH 8/4/25 | | | $ 35,832.33 |
| DIP OPENING CASH 8/12/25 | | | $ 17,895.00 |
| TOTAL CASH RECEIPTS 8/4/25 TO 8/31/25 | $ 154,978.84 | $ 184,401.00 | 339,379.84 |
| LESS: ACCOUNT TRANS. 8/4/25 TO 8/31/25 | | | $66,578.00 |
| NET CASH RECEIPTS 8/4/25 TO 8/31/25 | $ 154,978.84 | $ 117,823.00 | 272,801.84 |
| TOTAL CASH DISBURS. 8/4/25 TO 8/31/25 | $ 123,284.70 | $ 102,132.51 | 225,417.21 |
| TOTAL ENDING CASH ON 8/31/25 | $ 153.15 | $ 82,268.49 | 82,421.64 |
| NET CASH FLOW 8/4/25 TO 8/31/25 | | | 47,384.63 |

Exhibit E

Verbet for grills crunch marbach $18,000

Americrane for crane for crunch $6,750

**Total:**          **$24,750**

**Exhibit F:**

**As of aug 30th:**

| | | |
|---|---|---|
| Panera bread | $12,363.91 | due on or before nov 15th |
| Crunch fitness: | $32,000.00. | due on or before sept 25th |
| Cava Shertz: | $14,326.55 | due on or before Nov 1st |
| PT Solutions: | $11,179.00 | due on or defore Nov 1st |
| University Health: | $28,699.46 | due on or before Nov 1st |
| Just a closet converse: | $39,465.66 | due on or before Dec 1st |
| Just a closet San Marc. | : $55,693.45 | due on or before Dec 1st |
| Just a closet Marbach: | $230,000 | Due on or defore Oct 15th |
| Federal court house: | $4,781.83. | Due on or defore Nov 15th |
| Service titan funds: | $80,000.00 | Due before September 10th |

**Total AR:**             **$508,509.86**



**SECURITY SERVICE**
FEDERAL CREDIT UNION

PO BOX 691510 - San Antonio, Texas - 78269-1510

CallPlus Automated Phone Banking:
210-357-9000 or 1-800-52-SSFCU (77328)
ssfcu.org

STATEMENT PERIOD
08/01/25 to 08/31/25

Page   1000
1 of   5

343966 BATCH3
000-5823

MOLINA VENTURES LLC
AMERICAN AIR CONDITIONING AND HEATING CO
12820 S ZARZAMORA ST
SAN ANTONIO TX 78224-3096

MAKE YOUR BUSINESS EVEN MORE REWARDING. GET A CREDIT CARD TO FIT YOUR
EVERYDAY BUSINESS SPENDING AND BE REWARDED FOR IT. CHOOSE FROM CASH BACK,
TRAVEL REWARDS OR LOW INTEREST. WHATEVER YOU CHOOSE, YOUR BUSINESS WILL
REAP THE BENEFITS. OPEN AN ACCOUNT AT SSFCU.ORG/BUSINESSCREDITCARDS.
FOR TERMS AND CONDITIONS VISIT SSFCU.ORG.

## BUSINESS SAVINGS ACCOUNT                1000

| PREVIOUS BALANCE | 50.00 | SERVICE CHARGES | 0.00 |
|---|---|---|---|
| 1 DEBITS | 50.00 | CHECKS DEPOSITED | 0 |
| 0 CREDITS | 0.00 | CURRENT DIVIDEND | 0.00 |
| NEW BALANCE | 0.00 | YTD DIVIDEND | 0.00 |

```
                * * *   TOTAL OVERDRAFT FEES   * * *
CURRENT PERIOD OD         YTD OD      CURRENT PERIOD NSF          YTD NSF
        .00                 .00               .00                  .00
```

```
                * * *   WITHDRAWALS/DEBITS   * * *
DATE        AMOUNT    TRANSACTION            OTHER DESCRIPTION
08/23        50.00    MOBILE XFR DB
                                 TRANSFER TO MOLINA VENTURES CHECKING   XXXXX51071
```

## PREMIUM BUSINESS CHECKING ACCOUNT       1071

YOU'RE TRYING TO RUN YOUR BUSINESS, BUT IF YOU'RE UNDER THE WEATHER IT'S
A CHALLENGE. SAVE TIME BEING TREATED FROM YOUR BEDROOM - NOT THE WAITING
ROOM - WITH PREMIUM BUSINESS CHECKING. ACCESS YOUR BENEFITS AT
SSFCU.ORG/BUSINESSBENEFITS. *INSURED BY NCUA. RESTRICTIONS APPLY.
TELEHEALTH IS NOT INSURANCE. FOR TERMS AND CONDITIONS VISIT SSFCU.ORG.

| PREVIOUS BALANCE | 35,131.56 | SERVICE CHARGES | 0.00 |
|---|---|---|---|
| 127 DEBITS | 190,260.36 | CHECKS DEPOSITED | 0 |
| 17 CREDITS | 155,281.95 | CURRENT DIVIDEND | 2.37 |
| NEW BALANCE | 153.15 | YTD DIVIDEND | 2.77 |

```
                * * *   TOTAL OVERDRAFT FEES   * * *
CURRENT PERIOD OD         YTD OD      CURRENT PERIOD NSF          YTD NSF
        .00                 .00               .00                  .00
```

```
                * * *   DEPOSITS/CREDITS   * * *
DATE        AMOUNT    TRANSACTION            OTHER DESCRIPTION
08/01         0.01    SMVPWR-WORKYARD        ACCTVERIFY
08/01       303.10    TSYS/TRANSFIRST        CR CD DEP                        CR
                      5436845560188251AMERICAN AIR
08/04     1,060.85    TSYS/TRANSFIRST        CR CD DEP                        CR
                      5436845560188251AMERICAN AIR
08/04     2,208.95    TSYS/TRANSFIRST        CR CD DEP                        CR
                      5436845560188251AMERICAN AIR
08/04   141,992.48    DEPOSIT                4702                             CR
```



**SECURITY SERVICE**
F E D E R A L   C R E D I T   U N I O N

PO BOX 691510 - San Antonio, Texas - 78269-1510

CallPlus Automated Phone Banking:
210-357-9000 or 1-800-52-SSFCU (77328)
ssfcu.org

STATEMENT PERIOD                                          1000
08/01/25 to 08/31/25                          Page    2 of   5

MOLINA VENTURES LLC

---

**PREMIUM BUSINESS CHECKING ACCOUNT          1071**

### * * *  DEPOSITS/CREDITS  * * *

| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 08/06 | 856.13 | DEPOSIT | 4717 | | | |
| 08/16 | 5,180.43 | POS CREDIT | eBay O*08-13451 | SAN JOSE | CA | 657482 |
| 08/19 | 43.32 | TSYS/TRANSFIRST | CR CD DEP | | | |
| | | 5436845560337965AMERICAN AIR CONDITIONI  CR | | | | |
| 08/19 | 116.54 | POS CREDIT | WIN SUPPLY SAN | SAN ANTONIO | TX | 002504 |
| 08/21 | 358.77 | TSYS/TRANSFIRST | CR CD DEP | | | |
| | | 5436845560337965AMERICAN AIR CONDITIONI  CR | | | | |
| 08/22 | 800.00 | MOBILE XFR CR | | | | |
| | | | TRANSFER FROM J MOLINA ASSETS SAVINGS | | XXXXX17000 | |
| 08/23 | 9.00 | MOBILE XFR CR | | | | |
| | | | TRANSFER FROM J MOLINA CHECKING | | XXXXX51071 | |
| 08/23 | 50.00 | MOBILE XFR CR | | | | |
| | | | TRANSFER FROM MOLINA VENTURES SAVINGS | | XXXXX51000 | |
| 08/25 | 100.00 | MOBILE XFR CR | | | | |
| | | | TRANSFER FROM J MOLINA ASSETS SAVINGS | | XXXXX17000 | |
| 08/25 | 1,000.00 | MOBILE XFR CR | | | | |
| | | | TRANSFER FROM J MOLINA ASSETS SAVINGS | | XXXXX17000 | |
| 08/27 | 1,200.00 | MOBILE XFR CR | | | | |
| | | | TRANSFER FROM J MOLINA ASSETS SAVINGS | | XXXXX17000 | |
| 08/30 | 2.37 | DIVIDEND PAID | | | | |

### * * *  CHECK CLEARING SUMMARY  * * *

| DATE | CHK # | AMOUNT | DATE | CHK # | AMOUNT | DATE | CHK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/15 | 100 | 181.38 | 08/01 | 117* | 472.57 | 08/04 | 9118* | 265.00 |
| 08/15 | 101 | 255.00 | 08/14 | 137* | 63.44 | | | |

* GAP IN CHECK SEQUENCE NUMBER

### * * *  ATM WITHDRAWALS/DEBIT PURCHASES  * * *

| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 08/01 | 0.73 | DEBIT CARD DB | TEXAS S.O.S. SV | HAGERSTOWN | MD | 761078 |
| 08/01 | 2.00 | DEBIT CARD DB | TX.GOV*SERVICEF | 877-452-9060 | TX | 731946 |
| 08/01 | 2.00 | DEBIT CARD DB | TX.GOV*SERVICEF | 877-452-9060 | TX | 582461 |
| 08/01 | 2.00 | DEBIT CARD DB | TX.GOV*SERVICEF | 877-452-9060 | TX | 552190 |
| 08/01 | 2.00 | DEBIT CARD DB | TX.GOV*SERVICEF | 877-452-9060 | TX | 792566 |
| 08/01 | 27.00 | DEBIT CARD DB | TEXAS SECRETARY | AUSTIN | TX | 332677 |
| 08/02 | 28.68 | DEBIT CARD DB | eBay O*05-13401 | SAN JOSE | CA | 278333 |
| 08/02 | 82.50 | DEBIT CARD DB | BEXAR VEHREG | 210-335-6554 | TX | 551242 |
| 08/02 | 82.50 | DEBIT CARD DB | BEXAR VEHREG | 210-335-6554 | TX | 551618 |
| 08/02 | 82.50 | DEBIT CARD DB | BEXAR VEHREG | 210-335-6554 | TX | 511773 |
| 08/02 | 85.75 | DEBIT CARD DB | BEXAR VEHREG | 210-335-6554 | TX | 511164 |
| 08/04 | 190.38 | DEBIT CARD DB | AMAZON MKTPL*EL | AMZN.COM/BILLWA | | 623544 |
| 08/06 | 108.25 | DEBIT CARD DB | CE SOUTH TEXAS | SAN ANTONIO | TX | 035913 |
| 08/06 | 197.73 | DEBIT CARD DB | WIN SUPPLY SAN | SAN ANTONIO | TX | 992704 |
| 08/07 | 116.55 | DEBIT CARD DB | JOHNSTONE SUPPL | SAN ANTONIO | TX | 334739 |
| 08/07 | 156.56 | DEBIT CARD DB | THE HOME DEPOT | SAN ANTONIO | TX | 391683 |



**SECURITY SERVICE**
FEDERAL CREDIT UNION

PO BOX 691510 - San Antonio, Texas - 78269-1510

CallPlus Automated Phone Banking:
210-357-9000 or 1-800-52-SSFCU (77328)
ssfcu.org

STATEMENT PERIOD                                    000
08/01/25 to 08/31/25                     Page    3 of   5

MOLINA VENTURES LLC

PREMIUM BUSINESS CHECKING ACCOUNT          1071

* * *   ATM WITHDRAWALS/DEBIT PURCHASES   * * *

| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION | | |
|------|--------|-------------|-------------------|--|--|
| 08/12 | 469.75 | DEBIT CARD DB | CPSENERGY EZPAY | SAN ANTONIO TX | 126041 |
| 08/13 | 40.00 | POS WITHDRAWAL | CIRCLE K #2741052902 SWSAN ANTONIO TX | 990600 | |
| 08/13 | 40.00 | POS WITHDRAWAL | CIRCLE K #2741052902 SWSAN ANTONIO TX | 964200 | |
| 08/13 | 40.00 | POS WITHDRAWAL | CIRCLE K #2741052902 SWSAN ANTONIO TX | 930300 | |
| 08/13 | 57.09 | POS WITHDRAWAL | CIRCLE K #2741052902 SWSAN ANTONIO TX | 858500 | |
| 08/13 | 61.69 | POS WITHDRAWAL | CIRCLE K #2741052902 SWSAN ANTONIO TX | 911400 | |
| 08/13 | 165.83 | DEBIT CARD DB | REECE HVAC-1160 | SAN ANTONIO TX | 581559 |
| 08/13 | 185.54 | DEBIT CARD DB | CITY OF PLEASAN | PLEASANTON TX | 830484 |
| 08/13 | 185.54 | DEBIT CARD DB | CITY OF PLEASAN | PLEASANTON TX | 332272 |
| 08/13 | 354.00 | DEBIT CARD DB | WORKYARD | SAN FRANCISCOCA | 693464 |
| 08/14 | 72.47 | DEBIT CARD DB | Amazon.com*J19E | AMZN.COM/BILLWA | 344545 |
| 08/15 | 34.47 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 062500 | |
| 08/15 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 116700 | |
| 08/15 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 106100 | |
| 08/15 | 56.01 | DEBIT CARD DB | eBay O*27-13427 | SAN JOSE CA | 489666 |
| 08/15 | 70.00 | DEBIT CARD DB | CITY OF SCHERTZ | SCHERTZ TX | 492106 |
| 08/15 | 78.47 | DEBIT CARD DB | SUPPLYHOUSE.COM | 888-757-4774 NY | 057988 |
| 08/15 | 89.23 | DEBIT CARD DB | THE HOME DEPOT | SAN ANTONIO TX | 360100 |
| 08/15 | 105.40 | DEBIT CARD DB | SUPPLYHOUSE.COM | 888-757-4774 NY | 532460 |
| 08/15 | 242.47 | DEBIT CARD DB | eBay O*10-13449 | SAN JOSE CA | 810922 |
| 08/15 | 377.77 | DEBIT CARD DB | LINDE GAS & EQU | 0000070901 IA | 571610 |
| 08/15 | 1,660.04 | DEBIT CARD DB | TX ONLINE | 303-991-5162 CO | 290742 |
| 08/15 | 5,180.43 | DEBIT CARD DB | eBay O*08-13451 | SAN JOSE CA | 657482 |
| 08/16 | 1,000.00 | DEBIT CARD DB | HIGH QUALITY AU | SAN ANTONIO TX | 322315 |
| 08/16 | 3,675.92 | DEBIT CARD DB | NMEF FUNDING 2O | NORWALK CT | 731834 |
| 08/18 | 30.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 721100 | |
| 08/18 | 39.21 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 698900 | |
| 08/18 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 757100 | |
| 08/18 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 734700 | |
| 08/18 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 671300 | |
| 08/18 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 732200 | |
| 08/18 | 2,335.62 | DEBIT CARD DB | JOHNSTONE SUPPL | SAN ANTONIO TX | 332706 |
| 08/19 | 1,014.33 | DEBIT CARD DB | PNM*Credit Unio | SANTA CLARA CA | 763813 |
| 08/20 | 0.41 | DEBIT CARD DB | TEXAS S.O.S. SV | HAGERSTOWN MD | 821381 |
| 08/20 | 15.00 | DEBIT CARD DB | TEXAS SECRETARY | AUSTIN TX | 382240 |
| 08/20 | 27.55 | DEBIT CARD DB | SUPPLYHOUSE.COM | 888-757-4774 NY | 864564 |
| 08/20 | 30.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 431800 | |
| 08/20 | 31.38 | DEBIT CARD DB | AMAZON.COM*AL9U | SEATTLE WA | 259729 |
| 08/20 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 450000 | |
| 08/20 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 443200 | |
| 08/20 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 492600 | |
| 08/20 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 512600 | |
| 08/20 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 SSAN ANTONIO TX | 530000 | |
| 08/20 | 44.24 | DEBIT CARD DB | THE HOME DEPOT | SAN ANTONIO TX | 322511 |
| 08/20 | 51.33 | DEBIT CARD DB | eBay O*03-13479 | SAN JOSE CA | 248733 |



**SECURITY SERVICE**
FEDERAL CREDIT UNION

PO BOX 691510 - San Antonio, Texas - 78269-1510

CallPlus Automated Phone Banking:
210-357-9000 or 1-800-52-SSFCU (77328)
ssfcu.org

STATEMENT PERIOD                                    1000
08/01/25 to 08/31/25                          Page  4 of  5

MOLINA VENTURES LLC

PREMIUM BUSINESS CHECKING ACCOUNT          1071

| * * * ATM WITHDRAWALS/DEBIT PURCHASES * * * | | | | | |
|---|---|---|---|---|---|
| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION | | |
| 08/20 | 54.11 | DEBIT CARD DB | eBay O*02-13480 | SAN JOSE | CA 249031 |
| 08/20 | 72.47 | DEBIT CARD DB | eBay O*18-13459 | SAN JOSE | CA 669250 |
| 08/20 | 88.87 | DEBIT CARD DB | SP VOOMI SUPPLY | AMBLER | PA 806900 |
| 08/20 | 302.01 | DEBIT CARD DB | JOHNSTONE SUPPL | SAN ANTONIO | TX 671250 |
| 08/20 | 490.00 | DEBIT CARD DB | JOHNSTONE SUPPL | SAN ANTONIO | TX 838019 |
| 08/21 | 81.14 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 271300 |
| 08/21 | 179.69 | DEBIT CARD DB | 1001 INSCO DOWN | SAN ANTONIO | TX 171389 |
| 08/22 | 29.98 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 976800 |
| 08/22 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 970000 |
| 08/22 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 095500 |
| 08/22 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 016200 |
| 08/22 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 077600 |
| 08/22 | 441.48 | DEBIT CARD DB | JOHNSTONE SUPPL | SAN ANTONIO | TX 007400 |
| 08/25 | 20.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 934500 |
| 08/25 | 20.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 865600 |
| 08/25 | 28.60 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 860700 |
| 08/25 | 30.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 921000 |
| 08/25 | 693.18 | DEBIT CARD DB | JOHNSTONE SUPPL | SAN ANTONIO | TX 335300 |
| 08/26 | 29.05 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 623100 |
| 08/26 | 30.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 579800 |
| 08/26 | 30.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 607500 |
| 08/26 | 30.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 599500 |
| 08/26 | 40.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 614200 |
| 08/26 | 58.32 | DEBIT CARD DB | SP MIA WAGNER | MUNCHEN | DEDE794989 |
| 08/26 | 75.78 | DEBIT CARD DB | eBay O*01-13507 | SAN JOSE | CA 677117 |
| 08/26 | 144.59 | DEBIT CARD DB | eBay O*21-13479 | SAN JOSE | CA 670623 |
| 08/26 | 532.58 | DEBIT CARD DB | WIN SUPPLY SAN | SAN ANTONIO | TX 101818 |
| 08/27 | 15.97 | DEBIT CARD DB | THE HOME DEPOT | SAN ANTONIO | TX 390911 |
| 08/27 | 70.00 | POS WITHDRAWAL | CIRCLE K #27410613907 | SSAN ANTONIO | TX 114800 |
| 08/27 | 77.86 | DEBIT CARD DB | THE HOME DEPOT | SAN ANTONIO | TX 852208 |
| 08/27 | 250.00 | DEBIT CARD DB | JOHNSTONE SUPPL | SAN ANTONIO | TX 332345 |
| 08/28 | 2.00 | DEBIT CARD DB | TX.GOV*SERVICEF | 877-452-9060 | TX 550644 |
| 08/28 | 56.01 | DEBIT CARD DB | eBay O*06-13508 | SAN JOSE | CA 275933 |
| 08/28 | 62.64 | DEBIT CARD DB | REECE HVAC-1160 | SAN ANTONIO | TX 511649 |
| 08/28 | 995.90 | DEBIT CARD DB | FISSCO SUPPLY - | SAN ANTONIO | TX 282378 |
| 08/29 | 82.50 | DEBIT CARD DB | BEXAR VEHREG | 210-335-6554 | TX 790463 |

| * * * WITHDRAWALS/DEBITS * * * | | | |
|---|---|---|---|
| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION |
| 08/01 | 0.01 | SMVPWR-WORKYARD | ACCTVERIFY |
| 08/01 | 293.19 | ADP WAGE GARN | WAGE GARN |
| 08/01 | 4,427.70 | ADP Tax | ADP Tax |
| 08/01 | 20,986.58 | ADP WAGE PAY | WAGE PAY |
| 08/04 | 1,096.08 | AFLAC COLUMBUS | ACHPMT |
| 08/05 | 0.00 | ADP TX/FINCL SVC | ADPTAX/FIN |



**SECURITY SERVICE**
FEDERAL CREDIT UNION

PO BOX 691510 - San Antonio, Texas - 78269-1510

CallPlus Automated Phone Banking:
210-357-9000 or 1-800-52-SSFCU (77328)
ssfcu.org

STATEMENT PERIOD
08/01/25 to 08/31/25

Page  1000
5 of  5

MOLINA VENTURES LLC

PREMIUM BUSINESS CHECKING ACCOUNT          1071

* * *  WITHDRAWALS/DEBITS  * * *

| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION | | |
|------|--------|-------------|-------------------|--|--|
| 08/06 | 1,131.09 | HUMANA, INC. | INS PYMT | | |
| 08/06 | 2,000.00 | WEX INC | FLEET DEBI | | |
| 08/08 | 132.96 | ADP PAYROLL FEES | ADP FEES | | |
| 08/11 | 163.84 | TSYS/TRANSFIRST | MERCH FEES | | |
| 08/11 | 1,643.44 | TSYS/TRANSFIRST | MERCH FEES | | |
| 08/14 | 291.00 | ADP WAGE GARN | WAGE GARN | | |
| 08/14 | 6,077.44 | HEALTH CARE SERV | OBPPAYMT | | |
| 08/14 | 6,080.38 | ADP Tax | ADP Tax | | |
| 08/15 | 22,193.62 | ADP WAGE PAY | WAGE PAY | | |
| 08/15 | 291.00 | ADP WAGE GARN | WAGE GARN | | |
| 08/15 | 2,104.68 | GM Financial | GMF Pymt | | |
| 08/15 | 5,500.17 | ADP Tax | ADP Tax | | |
| 08/15 | 21,497.69 | ADP WAGE PAY | WAGE PAY | | |
| 08/16 | 66,578.00 | WITHDRAWAL | TL WITHDRWL | 4714 | |
| 08/18 | 362.27 | TSYS/TRANSFIRST | CR CD CHBK | | |
| 08/18 | 1,395.64 | LIBERTY NATIONAL | WSOBILLING | | |
| 08/19 | 32.50 | ACH NSF FEE | ACUITY | $12,589.66 | |
| 08/26 | .12 | CURRENCY CONV FEE | CCA FEE DB | 0794 | |
| 08/26 | .52 | MC CROSS BORDER FEE | MC CB FEE DB | 0794 | |



**SECURITY SERVICE**
FEDERAL CREDIT UNION

PO BOX 691510 - San Antonio, Texas - 78269-1510

CallPlus Automated Phone Banking:
210-357-9000 or 1-800-52-SSFCU (77328)
ssfcu.org

STATEMENT PERIOD
07/21/25 to 07/31/25

Page   000
1 of   2

null BATCH2
000-20962

MOLINA VENTURES LLC
AMERICAN AIR CONDITIONING AND HEATING CO
12820 S ZARZAMORA ST
SAN ANTONIO TX 78224-3096

SECURITY SERVICE INSURANCE AGENTS FIND YOUR BUSINESS REAL SAVINGS.
THEY COMPARE POLICIES TO HELP YOU GET THE MOST SAVINGS AND THE RIGHT
COVERAGE. SPEAK WITH AN AGENT TODAY AND SAVE UP TO $985.* SCHEDULE YOUR
APPOINTMENT AT SSFCU.ORG/APPOINTMENTS. *SAVINGS MAY VARY.
SSI IS A SUBSIDIARY OF SSFCU.

## BUSINESS SAVINGS ACCOUNT          1000

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | 0.00 | SERVICE CHARGES | 0.00 |
| 0  DEBITS | | 0.00 | CHECKS DEPOSITED | 0 |
| 1 CREDITS | | 50.00 | CURRENT DIVIDEND | 0.00 |
| NEW BALANCE | | 50.00 | YTD DIVIDEND | 0.00 |

* * *   TOTAL OVERDRAFT FEES   * * *

| CURRENT PERIOD OD | YTD OD | CURRENT PERIOD NSF | YTD NSF |
|---|---|---|---|
| .00 | .00 | .00 | .00 |

* * *   DEPOSITS/CREDITS   * * *

| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION | |
|---|---|---|---|---|
| 07/21 | 50.00 | CREDIT MEMO | CREDIT MEMO | 4705 |

## PREMIUM BUSINESS CHECKING ACCOUNT          1071

PREPARE YOUR BUSINESS FOR THE UNEXPECTED. PREMIUM BUSINESS CHECKING
INCLUDES MOBILE PHONE COVERAGE - UP TO $900 MAXIMUM COVERAGE PER CLAIM,
$50 DEDUCTIBLE APPLIES. TWO CLAIMS PER 12-MONTH PERIOD. REST EASY KNOWING
YOUR PHONE IS COVERED IN CASE OF THEFT OR ACCIDENTAL DAMAGE.
INSURED BY NCUA. RESTRICTIONS APPLY.
FOR TERMS AND CONDITIONS, VISIT SSFCU.ORG.

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | 0.00 | SERVICE CHARGES | 20.00 |
| 45  DEBITS | | 42,123.02 | CHECKS DEPOSITED | 0 |
| 9 CREDITS | | 77,254.58 | CURRENT DIVIDEND | 0.40 |
| NEW BALANCE | | 35,131.56 | YTD DIVIDEND | 0.40 |

* * *   TOTAL OVERDRAFT FEES   * * *

| CURRENT PERIOD OD | YTD OD | CURRENT PERIOD NSF | YTD NSF |
|---|---|---|---|
| .00 | .00 | .00 | .00 |

* * *   DEPOSITS/CREDITS   * * *

| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION | |
|---|---|---|---|---|
| 07/21 | 100.00 | CREDIT MEMO | CREDIT MEMO | 4705 |
| 07/25 | 68,200.00 | DEPOSIT | 4706 | |
| 07/30 | 0.01 | #HQP ServiceTita | ACCTVERIFY | |
| 07/30 | 929.95 | TSYS/TRANSFIRST | CR CD DEP | |
| | | 5436845560188251AMERICAN AIR | | CR |
| 07/31 | 260.00 | TSYS/TRANSFIRST | CR CD DEP | |
| | | 5436845560337965AMERICAN AIR CONDITIONI | | CR |
| 07/31 | 470.50 | DEPOSIT | 4717 | |



**SECURITY SERVICE**
FEDERAL CREDIT UNION

PO BOX 691510 - San Antonio, Texas - 78269-1510

CallPlus Automated Phone Banking:
210-357-9000 or 1-800-52-SSFCU (77328)

ssfcu.org

STATEMENT PERIOD
07/21/25 to 07/31/25

1000
Page   2 of   2

MOLINA VENTURES LLC

---

**PREMIUM BUSINESS CHECKING ACCOUNT**          ...1071

**\* \* \*  DEPOSITS/CREDITS  \* \* \***

| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION | |
|------|--------|-------------|-------------------|---|
| 07/31 | 3,328.07 | DEPOSIT | 4704 | |
| 07/31 | 3,965.65 | TSYS/TRANSFIRST | CR CD DEP | |
| | | 5436845560188251AMERICAN AIR | | CR |
| 07/31 | 0.40 | DIVIDEND PAID | | |

**\* \* \*  CHECK CLEARING SUMMARY  \* \* \***

| DATE | CHK # | AMOUNT | DATE | CHK # | AMOUNT | DATE | CHK # | AMOUNT |
|------|-------|--------|------|-------|--------|------|-------|--------|
| 07/28 | 100 | 457.34 | 07/28 | 112 | 373.02 | 07/28 | 126 | 961.69 |
| 07/25 | 101 | 623.15 | 07/29 | 113 | 81.26 | 07/28 | 127 | 10,000.00 |
| 07/29 | 102 | 613.79 | 07/29 | 115* | 259.71 | 07/28 | 130* | 913.34 |
| 07/28 | 103 | 584.37 | 07/28 | 116 | 563.58 | 07/25 | 131 | 1,326.17 |
| 07/28 | 104 | 380.90 | 07/28 | 118* | 821.12 | 07/25 | 132 | 1,649.64 |
| 07/25 | 105 | 576.49 | 07/25 | 119 | 1,204.68 | 07/26 | 136* | 702.50 |
| 07/28 | 106 | 523.19 | 07/30 | 120 | 241.31 | 07/28 | 138* | 1,124.24 |
| 07/25 | 107 | 811.32 | 07/30 | 121 | 451.03 | 07/25 | 142* | 779.40 |
| 07/31 | 108 | 420.63 | 07/28 | 122 | 272.26 | 07/28 | 144* | 852.93 |
| 07/29 | 109 | 253.14 | 07/28 | 123 | 712.40 | 07/25 | 145 | 540.00 |
| 07/28 | 110 | 643.07 | 07/25 | 124 | 714.91 | | | |
| 07/28 | 111 | 384.43 | 07/28 | 125 | 641.24 | | | |

\* GAP IN CHECK SEQUENCE NUMBER

**\* \* \*  ATM WITHDRAWALS/DEBIT PURCHASES  \* \* \***

| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION | | | |
|------|--------|-------------|-------------------|---|---|---|
| 07/26 | 5,000.00 | DEBIT CARD DB | DAIKIN W SAN AN | SAN ANTONIO | TX | 551511 |
| 07/28 | 63.80 | DEBIT CARD DB | JOHNSTONE SUPPL | SAN ANTONIO | TX | 167540 |
| 07/29 | 265.67 | DEBIT CARD DB | ATT*BILL PAYMEN | 800-288-2020 | TX | 400386 |
| 07/29 | 1,410.93 | DEBIT CARD DB | AT&T  *8310012 | 800-9694288 | NJ | 401548 |
| 07/29 | 2,091.12 | DEBIT CARD DB | AT&T  *8310012 | 800-9694288 | NJ | 474594 |
| 07/31 | 108.25 | DEBIT CARD DB | CARRIER ENTERPR | SYRACUSE | NY | 050640 |

**\* \* \*  WITHDRAWALS/DEBITS  \* \* \***

| DATE | AMOUNT | TRANSACTION | OTHER DESCRIPTION |
|------|--------|-------------|-------------------|
| 07/29 | 0.00 | ADP Tax | ADP Tax |
| 07/29 | 0.00 | ADP Tax | ADP Tax |
| 07/29 | 1,705.00 | HOME DEPOT | ONLINE PMT |
| 07/30 | 0.00 | ADP TX/FINCL SVC | ADPTAX/FIN |
| 07/31 | 20.00 | SERVICE CHARGE | ACCOUNT MAINTENANCE CH |

# ◆ BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
`)9678`
Page 1 of 3      6

*broadway.bank*
*800.531.7650*



MOLINA VENTURES LLC
DBA AMERICAN AIR CONDITIONING
& HEATING CO.
DEBTOR IN POSSESSION
12820 S ZARZAMORA ST LOT 1
SAN ANTONIO TX 78224-3097

---

# Bank Statement

## SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Aug 31, 2025 | YTD Interest |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | `)9678` | $82,268.49 | $0.00 |

This statement reports your balances and activity from Aug 12, 2025 thru Aug 31, 2025 on the following accounts.

| PREFERRED BUSINESS CHECKING | Account : | 9678 | Balance: $82,268.49 |
|---|---|---|---|
| **Balance Last Statement** | | | 0.00 |

| Deposits/Credits | | 184,401.00 |
|---|---|---|
| Aug 14 | CUSTOMER DEPOSIT | 17,895.50 |
| Aug 18 | #YRU ServiceTita ACCTVERIFY jeffrey molina | 0.01 |
| Aug 18 | CUSTOMER DEPOSIT | 68,906.07 |
| Aug 20 | CUSTOMER DEPOSIT | 547.51 |
| Aug 20 | ADP Tax ADP Tax RN7XK 250819 | 0.00 |
| Aug 20 | ADP Tax ADP Tax RN7XK1250819 | 0.00 |
| Aug 20 | ADP TX FINCL SVC ADPTAX FIN BP01488246537XK | 0.00 |
| Aug 25 | CUSTOMER DEPOSIT | 660.37 |
| Aug 25 | SYNCHRONY BANK MTOT DEP xxxxxx195004149 | 8,042.22 |
| Aug 28 | CUSTOMER DEPOSIT | 205.41 |
| Aug 28 | FRONTDOOR PAYABLES 4790316 | 8,253.81 |
| Aug 28 | FRONTDOOR PAYABLES 4790479 | 13,702.63 |
| Aug 28 | FRONTDOOR PAYABLES 4790315 | 63,610.07 |
| Aug 29 | FRONTDOOR PAYABLES 4791438 | 196.00 |
| Aug 29 | FRONTDOOR PAYABLES 4791437 | 2,381.40 |

| Total Debits | 102,132.51 |
|---|---|

| Checks Written | | | | | 2,000.00 |
|---|---|---|---|---|---|
| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
| 1001 | 08-28 | 2,000.00 | | | |


**BROADWAY** BANK

1177 N.E. Loop 410
San Antonio, TX 78209

## Other Withdrawals

| Date | Description | Amount |
|------|-------------|-------:|
| Aug 19 | Servicetitan Servicetit ST-P2W5F4V6R0J3 | |
| Aug 19 | cemotors CEMOTORS ST-R0W3I1I3Q4M6 | 4,273.67 |
| Aug 21 | Servicetitan Servicetit ST-U3M3T7O7U1U1 | 379.15 |
| Aug 21 | PEX CARD EPAY MOLINA VENTURES | 39.86 |
| Aug 21 | PEX CARD EPAY xxxxxx94801 | 1,000.00 |
| Aug 22 | ADP WAGE GARN WAGE GARN xxxxxx1944217XK | 400.00 |
| Aug 22 | ADP WAGE PAY WAGE PAY xxxxxx1944207XK | 351.80 |
| Aug 22 | ADP Tax ADP Tax RN7XK 082234A01 | 24,036.20 |
| Aug 22 | WEBFILE TAX PYMT DD 902 80216617 | 6,379.29 |
| Aug 25 | ADP TX FINCL SVC ADPTAX FIN BP0148933769R00 | 2,864.02 |
| Aug 25 | TD AUTO FINANCE BILL PAY xxxxxx73041 | 0.00 |
| Aug 25 | ZELLE REYNALDO SANCHEZ 5237P0B0ECLD | 1,100.00 |
| Aug 25 | ADP PAYROLL FEES ADP FEES 933737295376 | 1,000.00 |
| Aug 26 | FRONTIERWASTESOL PURCHASE FRONTIERWASTESOL | 247.29 |
| Aug 26 | National Funding Auth Pmt 010000018354190 | 672.09 |
| Aug 27 | HARLAND CLARKE CHK ORDER 2E0715220301600 | 3,297.12 |
| Aug 27 | ACUITY INS PREM ZS5904 | 189.49 |
| Aug 27 | PLANHUB INC PLANHUB M81180769182 | 12,689.66 |
| Aug 28 | PEX CARD EPAY xxxxxx64618 | 1,752.83 |
| Aug 29 | ADP WAGE GARN WAGE GARN xxxxxx1231437XK | 10,000.00 |
| Aug 29 | ADP PAYROLL FEES ADP FEES xxxxxx657141 | 291.00 |
| Aug 29 | ADP Tax ADP Tax RN7XK 082935A01 | 122.61 |
| Aug 29 | ADP WAGE PAY WAGE PAY xxxxxx1231427XK | 5,901.48 |
| | | 23,244.95 |

## Balance This Statement

**82,268.49**

### Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 08-12 | $0.00 | 08-20 | $82,696.27 | 08-26 | $50,011.19 |
| 08-14 | $17,895.50 | 08-21 | $81,256.41 | 08-27 | $35,479.21 |
| 08-18 | $86,801.58 | 08-22 | $47,625.10 | 08-28 | $109,251.13 |
| 08-19 | $82,148.76 | 08-25 | $53,980.40 | 08-29 | $82,268.49 |

END OF STATEMENT

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
**By Phone: 210.283.6500/800.531-7650 * By Mail:  P.O. Box 17001, San Antonio, TX  78217**

**In Case of Errors or Questions About Your Electronic Transfers** (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared.  (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error.  (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)

We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.

**Reporting Other Problems** (e.g. Unauthorized Signature or Alteration)  You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account.  If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.

**Deposit Agreement**  Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time.  Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

## CHECKS IN THIS STATEMENT

Ck# 1001 Amt $2,000.00 8-28-2025

Amt $205.41 8-28-2025

Amt $17,895.50 8-14-2025

Amt $68,906.07 8-18-2025

Amt $547.51 8-20-2025

Amt $660.37 8-25-2025

# Account Details

| | |
|---|---|
| Account Nickname: | **PREFERRED BUSINESS CHECKING** |
| Account Name: | **PREFERRED BUSINESS CHECKING** |
| Account Number: | **x9678** |
| Routing Number: | **114021933** |
| Account Date Opened: | **08/12/2025** |
| Last Deposit Date: | **09/19/2025** |
| Last Deposit: | **$2,473.68** |

| Date Posted | Description | Amount | Balance |
|---|---|---|---|
| 09/19/2025 | Servicetitan Servicetit ST-U9E0T5D1M8B5 | $5,973.53 | $142,564.29 |
| 09/19/2025 | C TRUSTEE COVARD RECEIVER 14880187177 | $1,500.00 | $148,537.82 |
| 09/19/2025 | ADP Tax ADP Tax RN7XK 091938A01 | $6,052.76 | $150,037.82 |
| 09/19/2025 | ADP WAGE PAY WAGE PAY 6680851160957XK | $23,801.35 | $156,090.58 |
| 09/19/2025 | ADP WAGE GARN WAGE GARN 6680851160967XK | $291.00 | $179,891.93 |
| 09/19/2025 | ADP PAYROLL FEES ADP FEES 931238807143 | $122.61 | $180,182.93 |
| 09/19/2025 | FRONTDOOR PAYABLES 4815124 | +$1,705.20 | $180,305.54 |
| 09/19/2025 | TSYS/TRANSFIRST CR CD DEP 543684556018825 | +$443.66 | $178,600.34 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/19/2025 | FRONTDOOR PAYABLES 4815125 | +$269.50 | $178,156.68 |
| 09/19/2025 | TSYS/TRANSFIRST CR CD DEP 543684556033796 | +$43.32 | $177,887.18 |
| 09/19/2025 | MOBILE CHECK DEPOSIT | +$12.00 | $177,843.86 |
| 09/18/2025 | CHECK 1027 | $3,000.00 | $177,831.86 |
| 09/18/2025 | ZELLE REYNALDO SANCHEZ 5261P0P0EAT8 | $1,000.00 | $180,831.86 |
| 09/18/2025 | FRONTDOOR PAYABLES 4814050 | +$1,764.00 | $181,831.86 |
| 09/18/2025 | TSYS/TRANSFIRST CR CD DEP 543684556018825 | +$649.50 | $180,067.86 |
| 09/18/2025 | FRONTDOOR PAYABLES 4814051 | +$392.00 | $179,418.36 |
| 09/17/2025 | PEX CARD EPAY 12656378157 | $10,000.00 | $179,026.36 |
| 09/17/2025 | Bill.com ACCTVERIFY 026HCTSHE1L44QW | $0.47 | $189,026.36 |
| 09/17/2025 | TD AUTO FINANCE BILL PAY 21339222761 | $1,000.00 | $189,026.83 |
| 09/17/2025 | CREDIT UNION OF BILLPAY 318279582 | $1,018.00 | $190,026.83 |
| 09/17/2025 | ZELLE EDWARD TALAMANTEZ 5260P0G0JM2N | $1,000.00 | $191,044.83 |
| 09/17/2025 | FRONTDOOR PAYABLES 4812955 | +$2,246.39 | $192,044.83 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/17/2025 | TSYS/TRANSFIRST CR CD DEP<br>543684556033796 | +$207.50 | $189,798.44 |
| 09/17/2025 | FRONTDOOR PAYABLES<br>4812956 | +$196.00 | $189,590.94 |
| 09/17/2025 | TSYS/TRANSFIRST CR CD DEP<br>543684556018825 | +$100.00 | $189,394.94 |
| 09/17/2025 | Bill.com ACCTVERIFY<br>026HCTSHE1L44QW | +$0.47 | $189,294.94 |
| 09/17/2025 | MOBILE CHECK DEPOSIT | +$500.00 | $189,294.47 |
| 09/16/2025 | CHECK 1015 | $4,937.16 | $188,794.47 |
| 09/16/2025 | GM Financial GMF Pymt<br>111063094870 | $4,729.80 | $193,731.63 |
| 09/16/2025 | SBA EIDL LOAN PAYMENT 0000 | $2,492.00 | $198,461.43 |
| 09/16/2025 | TEXAS FIRST RENT BT0915<br>000000335297839 | $953.87 | $200,953.43 |
| 09/16/2025 | SBA EIDL LOAN PAYMENT 0000 | $2,492.00 | $201,907.30 |
| 09/16/2025 | FRONTDOOR PAYABLES 4811704 | +$1,568.00 | $204,399.30 |
| 09/16/2025 | TSYS/TRANSFIRST CR CD DEP<br>543684556018825 | +$21.66 | $202,831.30 |
| 09/16/2025 | UDT Holding - To ACCTVERIFY<br>015KSDXNBDNOLDB | +$0.01 | $202,809.64 |
| 09/15/2025 | CHECK 1020 | $1,000.00 | $202,809.63 |
| 09/15/2025 | CHECK 1019 | $1,000.00 | $203,809.63 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| | CHECK 1018 | $1,333.33 | $204,809.63 |
| 09/15/2025 | CHECK 1017 | $1,333.33 | $206,142.96 |
| 09/15/2025 | TSYS/TRANSFIRST CR CD ADJ 543684556018825 | $2,259.98 | $207,476.29 |
| 09/15/2025 | TSYS/TRANSFIRST CR CD DEP 543684556018825 | +$4,076.53 | $209,736.27 |
| 09/15/2025 | FRONTDOOR PAYABLES 4806940 | +$1,308.30 | $205,659.74 |
| 09/15/2025 | FRONTDOOR PAYABLES 4806941 | +$196.00 | $204,351.44 |
| 09/15/2025 | TSYS/TRANSFIRST CR CD DEP 543684556033796 | +$21.66 | $204,155.44 |
| 09/15/2025 | MOBILE CHECK DEPOSIT | +$1,531.74 | $204,133.78 |
| 09/15/2025 | MOBILE CHECK DEPOSIT | +$388.62 | $202,602.04 |
| 09/15/2025 | MOBILE CHECK DEPOSIT | +$303.10 | $202,213.42 |
| 09/15/2025 | MOBILE CHECK DEPOSIT | +$142.50 | $201,910.32 |
| 09/15/2025 | MOBILE CHECK DEPOSIT | +$140.00 | $201,767.82 |
| 09/12/2025 | CHECK 1016 | $8,958.10 | $201,627.82 |
| 09/12/2025 | PEX CARD EPAY 12653192654 | $10,000.00 | $210,585.92 |
| 09/12/2025 | ADP Tax ADP Tax RN7XK 091237A01 | $6,102.41 | $220,585.92 |
| 09/12/2025 | ADP WAGE GARN WAGE GARN 6430960395427XK | $291.00 | $226,688.33 |

| 09/12/2025 | ADP WAGE PAY WAGE PAY<br>6430960395417XK | $23,083.58 | $226,979.33 |
|---|---|---|---|
| 09/12/2025 | ADP PAYROLL FEES ADP FEES<br>931139230016 | $122.61 | $250,062.91 |
| 09/12/2025 | FRONTDOOR PAYABLES<br>4805847 | +$911.40 | $250,185.52 |
| 09/12/2025 | TSYS/TRANSFIRST CR CD DEP<br>543684556018825 | +$161.66 | $249,274.12 |
| 09/12/2025 | TSYS/TRANSFIRST CR CD DEP<br>543684556033796 | +$21.66 | $249,112.46 |
| 09/11/2025 | CHECK 1021 | $5,266.67 | $249,090.80 |
| 09/11/2025 | CHECK 1011 | $6,084.67 | $254,357.47 |
| 09/11/2025 | CHECK 1004 | $1,000.00 | $260,442.14 |
| 09/11/2025 | TSYS/TRANSFIRST CR CD DEP<br>543684556018825 | +$1,855.88 | $261,442.14 |
| 09/11/2025 | FRONTDOOR PAYABLES<br>4805125 | +$1,705.20 | $259,586.26 |
| 09/11/2025 | FRONTDOOR PAYABLES<br>4805126 | +$637.00 | $257,881.06 |
| 09/11/2025 | TSYS/TRANSFIRST CR CD DEP<br>543684556033796 | +$21.66 | $257,244.06 |
| 09/10/2025 | CHECK 1009 | $7,500.00 | $257,222.40 |
| 09/10/2025 | CHECK 1008 | $7,500.00 | $264,722.40 |
| 09/10/2025 | CHECK 1007 | $10,500.00 | $272,222.40 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/10/2025 | | $823.58 | $282,722.40 |
| 09/10/2025 | FINANCIAL PACIFI LEASE PYMT<br>001-1311468-302 | $5,099.63 | $283,545.98 |
| 09/10/2025 | LIBERTY NATIONAL<br>WSOBILLING 57949 | $1,395.64 | $288,645.61 |
| 09/10/2025 | AFLAC COLUMBUS ACHPMT<br>105664109 | $905.76 | $290,041.25 |
| 09/10/2025 | AFLAC COLUMBUS ACHPMT<br>105664091 | $979.70 | $290,947.01 |
| 09/10/2025 | LENNOX INTERNATI BT0909<br>000000334868255 | $1,644.00 | $291,926.71 |
| 09/10/2025 | LENNOX INTERNATI BT0909<br>000000334868733 | $1,644.00 | $293,570.71 |
| 09/10/2025 | TSYS/TRANSFIRST RSRV RLSD<br>543684556018825 | +$89,544.89 | $295,214.71 |
| 09/10/2025 | FRONTDOOR PAYABLES<br>4803716 | +$2,371.60 | $205,669.82 |
| 09/10/2025 | FRONTDOOR PAYABLES<br>4803715 | +$774.20 | $203,298.22 |
| 09/09/2025 | CHECK 1005 | $6,107.49 | $202,524.02 |
| 09/09/2025 | HEALTH CARE SERV OBPPAYMT<br>6803372783 | $6,500.70 | $208,631.51 |
| 09/09/2025 | FRONTDOOR PAYABLES<br>4802421 | +$2,229.50 | $215,132.21 |
| 09/09/2025 | FRONTDOOR PAYABLES<br>4802422 | +$196.00 | $212,902.71 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/09/2025 | TSYS/TRANSFIRST CR CD DEP 543684556033796 | +$21.66 | $212,706.71 |
| 09/08/2025 | FRONTDOOR PAYABLES 4801399 | +$2,920.40 | $212,685.05 |
| 09/08/2025 | FRONTDOOR PAYABLES 4801400 | +$196.00 | $209,764.65 |
| 09/08/2025 | TSYS/TRANSFIRST CR CD DEP 543684556033796 | +$21.66 | $209,568.65 |
| 09/05/2025 | HUMANA, INC. INS PYMT 069097467001069 | $2,070.75 | $209,546.99 |
| 09/05/2025 | ADP WAGE PAY WAGE PAY 6580968385007XK | $22,572.56 | $211,617.74 |
| 09/05/2025 | ADP WAGE GARN WAGE GARN 6580968385017XK | $416.31 | $234,190.30 |
| 09/05/2025 | ADP PAYROLL FEES ADP FEES 928938885080 | $124.68 | $234,606.61 |
| 09/05/2025 | ADP Tax ADP Tax RN7XK 090536A01 | $5,960.79 | $234,731.29 |
| 09/05/2025 | FRONTDOOR PAYABLES 4800232 | +$2,940.00 | $240,692.08 |
| 09/05/2025 | FRONTDOOR PAYABLES 4800233 | +$588.00 | $237,752.08 |
| 09/05/2025 | TSYS/TRANSFIRST CR CD DEP 543684556033796 | +$260.00 | $237,164.08 |
| 09/05/2025 | MOBILE CHECK DEPOSIT | +$346.41 | $236,904.08 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/04/2025 | PLEX CARD EPAY 1264813298 | $10,000.00 | $236,557.67 |
| 09/04/2025 | FRONTDOOR PAYABLES 4799085 | +$2,415.70 | $246,557.67 |
| 09/04/2025 | TSYS/TRANSFIRST RSRV RLSD 543684556033796 | +$758.30 | $244,141.97 |
| 09/03/2025 | CUSTOMER DEPOSIT | +$157,377.47 | $243,383.67 |
| 09/03/2025 | SYNCHRONY BANK MTOT DEP 534812195004149 | +$4,171.20 | $86,006.20 |
| 09/03/2025 | FRONTDOOR PAYABLES 4797759 | +$1,102.50 | $81,835.00 |
| 09/03/2025 | FRONTDOOR PAYABLES 4797760 | +$196.00 | $80,732.50 |
| 09/02/2025 | CHECK 1002 | $2,226.49 | $80,536.50 |
| 09/02/2025 | ZELLE EDWARD TALAMANTEZ 5245P0L08L04 | $1,000.00 | $82,762.99 |
| 09/02/2025 | FRONTDOOR PAYABLES 4792519 | +$1,494.50 | $83,762.99 |
| 08/29/2025 | ADP WAGE PAY WAGE PAY 5100761231427XK | $23,244.95 | $82,268.49 |
| 08/29/2025 | ADP WAGE GARN WAGE GARN 5100761231437XK | $291.00 | $105,513.44 |
| 08/29/2025 | ADP Tax ADP Tax RN7XK 082935A01 | $5,901.48 | $105,804.44 |
| 08/29/2025 | ADP PAYROLL FEES ADP FEES 427566657141 | $122.61 | $111,705.92 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/29/2025 | FRONTDOOR PAYABLES 4791437 | +$2,381.40 | $111,828.53 |
| 08/29/2025 | FRONTDOOR PAYABLES 4791438 | +$196.00 | $109,447.13 |
| 08/28/2025 | CHECK 1001 | $2,000.00 | $109,251.13 |
| 08/28/2025 | PEX CARD EPAY 12643364618 | $10,000.00 | $111,251.13 |
| 08/28/2025 | FRONTDOOR PAYABLES 4790315 | +$63,610.07 | $121,251.13 |
| 08/28/2025 | FRONTDOOR PAYABLES 4790479 | +$13,702.63 | $57,641.06 |
| 08/28/2025 | FRONTDOOR PAYABLES 4790316 | +$8,253.81 | $43,938.43 |
| 08/28/2025 | CUSTOMER DEPOSIT | +$205.41 | $35,684.62 |
| 08/27/2025 | PLANHUB, INC. PLANHUB M81180769182 | $1,752.83 | $35,479.21 |
| 08/27/2025 | ACUITY INS PREM ZS5904 | $12,589.66 | $37,232.04 |
| 08/27/2025 | HARLAND CLARKE CHK ORDER 2E0715220301600 | $189.49 | $49,821.70 |
| 08/26/2025 | National Funding Auth Pmt 010000018354190 | $3,297.12 | $50,011.19 |
| 08/26/2025 | FRONTIERWASTESOL PURCHASE FRONTIERWASTESOL | $672.09 | $53,308.31 |
| 08/25/2025 | ADP TX/FINCL SVC ADPTAX/FIN BP0148933769R00 | $0.00 | $53,980.40 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/25/2025 | ADP ACTO/FINANCE BILL PAY 14277673041 | $1,100.00 | $53,980.40 |
| 08/25/2025 | ADP PAYROLL FEES ADP FEES 933737295376 | $247.29 | $55,080.40 |
| 08/25/2025 | ZELLE REYNALDO SANCHEZ 5237P0B0ECLD | $1,000.00 | $55,327.69 |
| 08/25/2025 | SYNCHRONY BANK MTOT DEP 534812195004149 | +$8,042.22 | $56,327.69 |
| 08/25/2025 | CUSTOMER DEPOSIT | +$660.37 | $48,285.47 |
| 08/22/2025 | WEBFILE TAX PYMT DD 902/80216617 | $2,864.02 | $47,625.10 |
| 08/22/2025 | ADP Tax ADP Tax RN7XK 082234A01 | $6,379.29 | $50,489.12 |
| 08/22/2025 | ADP WAGE PAY WAGE PAY 2950781944207XK | $24,036.20 | $56,868.41 |
| 08/22/2025 | ADP WAGE GARN WAGE GARN 2950781944217XK | $351.80 | $80,904.61 |
| 08/21/2025 | PEX CARD EPAY 12636294801 | $400.00 | $81,256.41 |
| 08/21/2025 | PEX CARD EPAY MOLINA VENTURES | $1,000.00 | $81,656.41 |
| 08/21/2025 | Servicetitan Servicetit ST-U3M3T7O7U1U1 | $39.86 | $82,656.41 |
| 08/20/2025 | ADP TX/FINCL SVC ADPTAX/FIN BP01488246537XK | $0.00 | $82,696.27 |
| 08/20/2025 | ADP Tax ADP Tax RN7XK1250819 | $0.00 | $82,696.27 |

| | ADP Tax ADP Tax RN7XK350819 | $0.00 | $82,696.27 |
|---|---|---|---|
| 08/20/2025 | CUSTOMER DEPOSIT | +$547.51 | $82,696.27 |
| 08/19/2025 | cemotors CEMOTORS ST-R0W3I1I3Q4M6 | $379.15 | $82,148.76 |
| 08/19/2025 | Servicetitan Servicetit ST-P2W5F4V6R0J3 | $4,273.67 | $82,527.91 |
| 08/18/2025 | CUSTOMER DEPOSIT | +$68,906.07 | $86,801.58 |
| 08/18/2025 | #YRU ServiceTita ACCTVERIFY jeffrey molina | +$0.01 | $17,895.51 |
| 08/14/2025 | CUSTOMER DEPOSIT | +$17,895.50 | $17,895.50 |