Fill in this information to identify the case:

Debtor Name Molina Ventures LLC.

United States Bankruptcy Court for the: Western District of Texas

Case number: 25-51802

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: September 2025

Date report filed: 10/23/25 MM / DD / YYYY

Line of business: HVAC Sales and Service

NAISC code: 238220

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jeffrey Molina, Jr.

Original signature of responsible party [signature]

Printed name of responsible party Jeffrey Molina, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Molina Ventures LLC. Case number 25-51802

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** — $ 82,268.49

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 353,249.11

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. − $ 282,393.24

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 70,855.87

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 153,123.36

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** — $ 25,300.00

*(Exhibit E)*

Debtor Name Molina Ventures LLC. Case number 25-51802

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 454,030.96

## 5. Employees

26. What was the number of employees when the case was filed? 44
27. What is the number of employees as of the date of this monthly report? 40

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ ______
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ ______
30. How much have you paid this month in other professional fees? $ ______
31. How much have you paid in total other professional fees since filing the case? $ ______

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 458,898.31 | – | $ 353,249.11 | = | $ 105,649.20 |
| 33. **Cash disbursements** | $ 356,176.69 | – | $ 282,393.24 | = | $ 73,783.36 |
| 34. **Net cash flow** | $ 102,721.62 | – | $ 70,855.87 | = | $ 58,865.75 |

35. Total projected cash receipts for the next month: $ 494,544.93
36. Total projected cash disbursements for the next month: - $ 365,030.00
37. Total projected net cash flow for the next month: = $ 129,514.93

Debtor Name Molina Ventures LLC. Case number 25-51802

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Print Save As... Reset

**Exhibit E:**

| Date | Vendor | Amount |
|---|---|---|
| 9/14/25 | Mech Reps: | $6,500.00 |
| 9/5/25 | Verbet: | $12,000.00 |
| 9/2/25 | Americrane: | $6,800.00 |

Total: $25,300.00

**Exhibit F:**

**As of Sept 30th:**

**Payments due Oct:**

Just a closet Marbach: $101,851.37 (late)

PT Solutions Cibolo, TX: $25,150.18 (due the 25th)

Air improvements: $1,300.00 (late)

Field office Renovation: $4,781.83 (Gov Shutdown effecting payment)

---

Total $133,083.38

**Payments Due Nov:**

Cava Schertz Station: $27,379.81

Crunch Fitness Retention: $20,647.53

Panera Bread: $12,000.00

Just a closet Marbach: $101,851.37

PT Solutions: 10,059.98

---

Total: $171,938.69

**Payments due December:**

Just a closet Converse retention: $39,465.66

University Health $28,699.46 (prebill for materials and equipment order)

PT Solutions Cibolo: $25,150.18

Just a closet San Marcos retention: $55,693.59 Waiting on GC to fund payment

---

Total: $149,008.89

**AR Total: $454,030.96**

**BROADWAY BANK**

*1177 N.E. Loop 410*
*San Antonio, TX 78209*

*broadway.bank*
*800.531.7650*

028334 MI084126

MOLINA VENTURES LLC
DBA AMERICAN AIR CONDITIONING
& HEATING CO.
DEBTOR IN POSSESSION
12820 S ZARZAMORA ST LOT 1
SAN ANTONIO TX 78224-3097

**Changes to the Business Fee Schedule will take effect November 1, 2025.**

- Coin per Roll from $0.10 to $0.12
- Strapped Currency, per Strap from $0.30 to $0.33
- Cash Deposits from $1.25/$1,000 to $1.50/$1,000
- Online Stop Payment Orders from $17.00 to $19.00

# Bank Statement

SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Sep 30, 2025 | YTD Interest |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | 9678 | $153,124.36 | $0.00 |

This statement reports your balances and activity from Aug 31, 2025 thru Sep 30, 2025 on the following accounts.

PREFERRED BUSINESS CHECKING Account # 9678 Balance: $153,124.36

| | | |
|---|---|---|
| **Balance Last Statement** | | **82,268.49** |
| **Deposits/Credits** | | **353,249.11** |
| Sep 02 | FRONTDOOR PAYABLES 4792519 | 1,494.50 |
| Sep 03 | FRONTDOOR PAYABLES 4797760 | 196.00 |
| Sep 03 | FRONTDOOR PAYABLES 4797759 | 1,102.50 |
| Sep 03 | SYNCHRONY BANK MTOT DEP xxxxxx195004149 | 4,171.20 |
| Sep 03 | CUSTOMER DEPOSIT | 157,377.47 |
| Sep 04 | TSYS TRANSFIRST RSRV RLSD xxxxxx556033796 | 758.30 |
| Sep 04 | FRONTDOOR PAYABLES 4799085 | 2,415.70 |
| Sep 05 | FRONTDOOR PAYABLES 4800233 | 588.00 |
| Sep 05 | FRONTDOOR PAYABLES 4800232 | 2,940.00 |
| Sep 05 | MOBILE CHECK DEPOSIT | 346.41 |
| Sep 05 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 260.00 |
| Sep 08 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 21.66 |
| Sep 08 | FRONTDOOR PAYABLES 4801400 | 196.00 |
| Sep 08 | FRONTDOOR PAYABLES 4801399 | 2,920.40 |
| Sep 09 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 21.66 |

BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

broadway.bank
800.531.7650

**Deposits/Credits**

| Date | Description | Amount |
|---|---|---|
| Sep 09 | FRONTDOOR PAYABLES 4802422 | 196.00 |
| Sep 09 | FRONTDOOR PAYABLES 4802421 | 2,229.50 |
| Sep 10 | FRONTDOOR PAYABLES 4803715 | 774.20 |
| Sep 10 | FRONTDOOR PAYABLES 4803716 | 2,371.60 |
| Sep 10 | TSYS TRANSFIRST RSRV RLSD xxxxxx556018825 | 89,544.89 |
| Sep 11 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 1,855.88 |
| Sep 11 | FRONTDOOR PAYABLES 4805125 | 1,705.20 |
| Sep 11 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 21.66 |
| Sep 11 | FRONTDOOR PAYABLES 4805126 | 637.00 |
| Sep 12 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 21.66 |
| Sep 12 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 161.66 |
| Sep 12 | FRONTDOOR PAYABLES 4805847 | 911.40 |
| Sep 15 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 21.66 |
| Sep 15 | MOBILE CHECK DEPOSIT | 140.00 |
| Sep 15 | MOBILE CHECK DEPOSIT | 142.50 |
| Sep 15 | MOBILE CHECK DEPOSIT | 303.10 |
| Sep 15 | MOBILE CHECK DEPOSIT | 388.62 |
| Sep 15 | MOBILE CHECK DEPOSIT | 1,531.74 |
| Sep 15 | FRONTDOOR PAYABLES 4806941 | 196.00 |
| Sep 15 | FRONTDOOR PAYABLES 4806940 | 1,308.30 |
| Sep 15 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 4,076.53 |
| Sep 16 | UDT Holding - To ACCTVERIFY 015KSDXNBDNOLDB | 0.01 |
| Sep 16 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 21.66 |
| Sep 16 | FRONTDOOR PAYABLES 4811704 | 1,568.00 |
| Sep 17 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 207.50 |
| Sep 17 | FRONTDOOR PAYABLES 4812955 | 2,246.39 |
| Sep 17 | FRONTDOOR PAYABLES 4812956 | 196.00 |
| Sep 17 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 100.00 |
| Sep 17 | Bill com ACCTVERIFY 026HCTSHE1L44QW | 0.47 |
| Sep 17 | MOBILE CHECK DEPOSIT | 500.00 |
| Sep 18 | FRONTDOOR PAYABLES 4814051 | 392.00 |
| Sep 18 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 649.50 |
| Sep 18 | FRONTDOOR PAYABLES 4814050 | 1,764.00 |
| Sep 19 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 443.66 |
| Sep 19 | FRONTDOOR PAYABLES 4815125 | 269.50 |
| Sep 19 | FRONTDOOR PAYABLES 4815124 | 1,705.20 |
| Sep 19 | MOBILE CHECK DEPOSIT | 12.00 |
| Sep 19 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 43.32 |
| Sep 22 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 43.33 |
| Sep 22 | FRONTDOOR PAYABLES 4816165 | 196.00 |
| Sep 22 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 355.00 |
| Sep 22 | FRONTDOOR PAYABLES 4816164 | 784.00 |
| Sep 23 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 1,881.78 |
| Sep 23 | MOBILE CHECK DEPOSIT | 4,662.93 |
| Sep 23 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 260.00 |
| Sep 23 | FRONTDOOR PAYABLES 4817192 | 588.00 |
| Sep 23 | FRONTDOOR PAYABLES 4817191 | 1,690.50 |
| Sep 24 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 2,093.93 |
| Sep 24 | MOBILE CHECK DEPOSIT | 95.00 |

**BROADWAY BANK**

1177 N.E. Loop 410
San Antonio, TX 78209

broadway.bank
800.531.7650

| Deposits/Credits | | |
|---|---|---|
| Sep 24 | FRONTDOOR PAYABLES 4818303 | 764.40 |
| Sep 25 | MOBILE CHECK DEPOSIT | 2,299.98 |
| Sep 25 | FRONTDOOR PAYABLES 4819388 | 588.00 |
| Sep 25 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 1,135.97 |
| Sep 25 | FRONTDOOR PAYABLES 4819387 | 1,715.00 |
| Sep 26 | FRONTDOOR PAYABLES 4820472 | 1,960.00 |
| Sep 26 | MOBILE CHECK DEPOSIT | 243.56 |
| Sep 26 | MOBILE CHECK DEPOSIT | 495.37 |
| Sep 26 | SMKCTH-MECHANICA ACCTVERIFY ST-Q0J4I0A6S8I1 | 0.01 |
| Sep 26 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 543.83 |
| Sep 29 | FRONTDOOR PAYABLES 4821536 | 196.00 |
| Sep 29 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 323.96 |
| Sep 29 | FRONTDOOR PAYABLES 4821535 | 1,019.20 |
| Sep 29 | CUSTOMER DEPOSIT | 32,008.76 |
| Sep 30 | FRONTDOOR PAYABLES 4822603 | 269.50 |
| Sep 30 | FRONTDOOR PAYABLES 4822602 | 1,200.50 |
| Sep 30 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 21.66 |
| Sep 30 | TSYS TRANSFIRST CR CD DEP xxxxxx556033796 | 21.66 |
| Sep 30 | TSYS TRANSFIRST CR CD DEP xxxxxx556018825 | 2,323.17 |

| Total Debits | 282,393.24 |
|---|---|

| Checks Written | | | | | 75,560.04 |
|---|---|---|---|---|---|
| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
| 1002 | 09-02 | 2,226.49 | 1017 | 09-15 | 1,333.33 |
| 1004* | 09-11 | 1,000.00 | 1018 | 09-15 | 1,333.33 |
| 1005 | 09-09 | 6,107.49 | 1019 | 09-15 | 1,000.00 |
| 1006 | 09-10 | 823.58 | 1020 | 09-15 | 1,000.00 |
| 1007 | 09-10 | 10,500.00 | 1021 | 09-11 | 5,266.67 |
| 1008 | 09-10 | 7,500.00 | 1024* | 09-26 | 2,004.83 |
| 1009 | 09-10 | 7,500.00 | 1025 | 09-23 | 1,000.00 |
| 1011* | 09-11 | 6,084.67 | 1027* | 09-18 | 3,000.00 |
| 1015* | 09-16 | 4,937.16 | 1028 | 09-22 | 3,974.39 |
| 1016 | 09-12 | 8,958.10 | | | |

* DENOTES MISSING CHECK NUMBER

| Other Withdrawals | | |
|---|---|---|
| Sep 02 | ZELLE EDWARD TALAMANTEZ 5245P0L08L04 | 1,000.00 |
| Sep 04 | PEX CARD EPAY xxxxxx32980 | 10,000.00 |
| Sep 05 | ADP Tax ADP Tax RN7XK 090536A01 | 5,960.79 |
| Sep 05 | ADP PAYROLL FEES ADP FEES 928938885080 | 124.68 |
| Sep 05 | ADP WAGE GARN WAGE GARN xxxxxx8385017XK | 416.31 |
| Sep 05 | ADP WAGE PAY WAGE PAY xxxxxx8385007XK | 22,572.56 |
| Sep 05 | HUMANA INC INS PYMT xxxxxx467001069 | 2,070.75 |
| Sep 09 | HEALTH CARE SERV OBPPAYMT xxxxxx2783 | 6,500.70 |
| Sep 10 | FINANCIAL PACIFI LEASE PYMT xxx-xxx1468-302 | 5,099.63 |

**BROADWAY BANK**

1177 N.E. Loop 410
San Antonio, TX 78209

broadway.bank
800.531.7650

**Other Withdrawals**

| Date | Description | Amount |
|---|---|---|
| Sep 10 | LIBERTY NATIONAL WSOBILLING 57949 | 1,395.64 |
| Sep 10 | AFLAC COLUMBUS ACHPMT xxxxx4109 | 905.76 |
| Sep 10 | AFLAC COLUMBUS ACHPMT xxxxx4091 | 979.70 |
| Sep 10 | LENNOX INTERNATI BT0909 000000334868255 | 1,644.00 |
| Sep 10 | LENNOX INTERNATI BT0909 000000334868733 | 1,644.00 |
| Sep 12 | ADP PAYROLL FEES ADP FEES 931139230016 | 122.61 |
| Sep 12 | ADP WAGE PAY WAGE PAY xxxxxx0395417XK | 23,083.58 |
| Sep 12 | ADP WAGE GARN WAGE GARN xxxxxx0395427XK | 291.00 |
| Sep 12 | ADP Tax ADP Tax RN7XK 091237A01 | 6,102.41 |
| Sep 12 | PEX CARD EPAY xxxxxx92654 | 10,000.00 |
| Sep 15 | TSYS TRANSFIRST CR CD ADJ xxxxxx556018825 | 2,259.98 |
| Sep 16 | SBA EIDL LOAN PAYMENT 0000 | 2,492.00 |
| Sep 16 | GM Financial GMF Pymt xxxxxx094870 | 4,729.80 |
| Sep 16 | SBA EIDL LOAN PAYMENT 0000 | 2,492.00 |
| Sep 16 | TEXAS FIRST RENT BT0915 000000335297839 | 953.87 |
| Sep 17 | ZELLE EDWARD TALAMANTEZ 5260P0G0JM2N | 1,000.00 |
| Sep 17 | CREDIT UNION OF BILLPAY xxxxx9582 | 1,018.00 |
| Sep 17 | TD AUTO FINANCE BILL PAY xxxxxx22761 | 1,000.00 |
| Sep 17 | Bill com ACCTVERIFY 026HCTSHE1L44QW | 0.47 |
| Sep 17 | PEX CARD EPAY xxxxxx78157 | 10,000.00 |
| Sep 18 | ZELLE REYNALDO SANCHEZ 5261P0P0EAT8 | 1,000.00 |
| Sep 19 | Servicetitan Servicetit ST-U9E0T5D1M8B5 | 5,973.53 |
| Sep 19 | ADP Tax ADP Tax RN7XK 091938A01 | 6,052.76 |
| Sep 19 | C TRUSTEE COVARD RECEIVER xxxxxx87177 | 1,500.00 |
| Sep 19 | ADP WAGE GARN WAGE GARN xxxxxx1160967XK | 291.00 |
| Sep 19 | ADP PAYROLL FEES ADP FEES 931238807143 | 122.61 |
| Sep 19 | ADP WAGE PAY WAGE PAY xxxxxx1160957XK | 23,801.35 |
| Sep 22 | WEBFILE TAX PYMT DD 902 80402184 | 3,318.81 |
| Sep 23 | TSYS TRANSFIRST CR CD CHBK xxxxxx556033796 | 21.66 |
| Sep 23 | National Funding Auth Pmt 010000018354956 | 3,297.12 |
| Sep 26 | ADP PAYROLL FEES ADP FEES 932838223330 | 126.50 |
| Sep 26 | ADP Tax ADP Tax RN7XK 092639A01 | 5,538.64 |
| Sep 26 | ADP WAGE GARN WAGE GARN xxxxxx1192767XK | 291.00 |
| Sep 26 | ADP WAGE PAY WAGE PAY xxxxxx1192757XK | 21,956.77 |
| Sep 26 | SMKCTH-MECHANICA ACCTVERIFY ST-H0R4O9F3X4M4 | 0.01 |
| Sep 29 | MECHANICAL REPS MECHANICAL ST-D9P8N5V6G5V6 | 5,642.00 |
| Sep 29 | MECHANICAL REPS MECHANICAL ST-J1F4Q3X1C6U6 | 2,000.00 |
| Sep 29 | Servicetitan Servicetit ST-A7M6K0A9D2K9 | 49.20 |

**BROADWAY BANK**

1177 N.E. Loop 410
San Antonio, TX 78209

broadway.bank
800.531.7650

**Balance This Statement** **153,124.36**

Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08-31 | $82,268.49 | 09-11 | $249,090.80 | 09-23 | $141,413.85 |
| 09-02 | $80,536.50 | 09-12 | $201,627.82 | 09-24 | $144,367.18 |
| 09-03 | $243,383.67 | 09-15 | $202,809.63 | 09-25 | $150,106.13 |
| 09-04 | $236,557.67 | 09-16 | $188,794.47 | 09-26 | $123,431.15 |
| 09-05 | $209,546.99 | 09-17 | $179,026.36 | 09-29 | $149,287.87 |
| 09-08 | $212,685.05 | 09-18 | $177,831.86 | 09-30 | $153,124.36 |
| 09-09 | $202,524.02 | 09-19 | $142,564.29 | | |
| 09-10 | $257,222.40 | 09-22 | $136,649.42 | | |

END OF STATEMENT

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
**By Phone: 210.283.6500/800.531-7650 * By Mail: P.O. Box 17001, San Antonio, TX 78217**

**In Case of Errors or Questions About Your Electronic Transfers** (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared. (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)
We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.

**Reporting Other Problems** (e.g. Unauthorized Signature or Alteration) You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account. If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.

**Deposit Agreement** Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time. Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

# CHECKS IN THIS STATEMENT

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1002
DATE 8-29-25
PAY TO THE ORDER OF Reece $ 2,226 49/100
two thousand two hundred twenty six 49/100 DOLLARS
BROADWAY BANK
(800) 531-7650 • broadway.bank
FOR PO# [illegible]

Ck# 1002 Amt $2,226.49 9-2-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1008
DATE 8-5-25
PAY TO THE ORDER OF J Molina assets $ 7500
seven thousand five hundred DOLLARS
BROADWAY BANK
(800) 531-7650 • broadway.bank
FOR Aug Rent

Ck# 1008 Amt $7,500.00 9-10-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1004
DATE 9-4-25
PAY TO THE ORDER OF High Quality $ 1000
one thousand DOLLARS
BROADWAY BANK
(800) 531-7650 • broadway.bank
FOR Part on vehicles

Ck# 1004 Amt $1,000.00 9-11-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1009
DATE 9-5-25
PAY TO THE ORDER OF J Molina assets $ 7500
seven thousand five hundred DOLLARS
BROADWAY BANK
(800) 531-7650 • broadway.bank
FOR Sept Rent

Ck# 1009 Amt $7,500.00 9-10-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1005
DATE 9-3-25
PAY TO THE ORDER OF American [illegible] $ 6,107 49/100
BROADWAY BANK
(800) 531-7650 • broadway.bank

Ck# 1005 Amt $6,107.49 9-9-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1011
DATE 9-9-25
PAY TO THE ORDER OF Carrier enterprise $ 6084.67
six thousand eighty four 67/100 DOLLARS
BROADWAY BANK
(800) 531-7650 • broadway.bank
FOR Pmt on account

Ck# 1011 Amt $6,084.67 9-11-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1006
DATE 9-4-25
PAY TO THE ORDER OF Reece $ 823 58/100
eight hundred twenty three 58/100 DOLLARS
BROADWAY BANK
(800) 531-7650 • broadway.bank
FOR PO# [illegible]

Ck# 1006 Amt $823.58 9-10-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1015
DATE 9-9-25
PAY TO THE ORDER OF Reece $ 4937.16/100
four thousand nine hundred thirty seven 16/100 DOLLARS
BROADWAY BANK
(800) 531-7650 • broadway.bank
FOR Pmt on account [illegible]

Ck# 1015 Amt $4,937.16 9-16-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1007
DATE 9-5-25
PAY TO THE ORDER OF Johnstone $ 10,500
ten thousand five hundred DOLLARS
BROADWAY BANK
(800) 531-7650 • broadway.bank
FOR Freon Purchase #[illegible]

Ck# 1007 Amt $10,500.00 9-10-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST 1
SAN ANTONIO, TX 78224-3007
1016
DATE 9-10-25
PAY TO THE ORDER OF Johnstone Supply $ 8958 10/100
eight thousand nine hundred fifty eight 10/100 DOLLARS
BROADWAY BANK
(800) 531-7650 • broadway.bank
FOR Pmt on account

Ck# 1016 Amt $8,958.10 9-12-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST
SAN ANTONIO, TX 78224-3097

1017

DATE 9-10-25

PAY TO THE ORDER OF US Sales $ 1333 33/100

one thousand three hundred thirty three 33/100 DOLLARS

BROADWAY BANK

FOR Pmt on acct

Ck# 1017 Amt $1,333.33 9-15-2025

AMERICAN AIR CONDITIONING & HEATING CO.

1018

DATE 9-10-25

PAY TO THE ORDER OF US Sales $ 1333 33/100

one thousand three hundred thirty three 33/100 DOLLARS

BROADWAY BANK

FOR Pmt on acct

Ck# 1018 Amt $1,333.33 9-15-2025

AMERICAN AIR CONDITIONING & HEATING CO.

1019

DATE 9-10-25

PAY TO THE ORDER OF Linde $ 1,000

one thousand DOLLARS

BROADWAY BANK

FOR Pmt on acct Aug

Ck# 1019 Amt $1,000.00 9-15-2025

AMERICAN AIR CONDITIONING & HEATING CO.

1020

DATE 9-10-25

PAY TO THE ORDER OF Linde $ 1,000

one thousand DOLLARS

BROADWAY BANK

FOR Pmt on acct Sept

Ck# 1020 Amt $1,000.00 9-15-2025

AMERICAN AIR CONDITIONING & HEATING CO.

1021

DATE 9-10-25

PAY TO THE ORDER OF Alpha Center $ 5266 67/100

five thousand two hundred sixty six 67/100 DOLLARS

BROADWAY BANK

FOR Pmt on acct Aug

Ck# 1021 Amt $5,266.67 9-11-2025

AMERICAN AIR CONDITIONING & HEATING CO.
DEBTOR IN POSSESSION CASE # 25-51802
12820 S ZARZAMORA ST
SAN ANTONIO, TX 78224-3097

1024

DATE 9/16/25

PAY TO THE ORDER OF Reece $ 2,004 83/100

two thousand four 83/100 DOLLARS

BROADWAY BANK

FOR PO# 88176??

Ck# 1024 Amt $2,004.83 9-26-2025

AMERICAN AIR CONDITIONING & HEATING CO.

1025

DATE 9/16/25

PAY TO THE ORDER OF High Quality Auto Sales Inc. $ 1000

one thousand 00/100 DOLLARS

BROADWAY BANK

FOR Pmt for Autos

Ck# 1025 Amt $1,000.00 9-23-2025

AMERICAN AIR CONDITIONING & HEATING CO.

1027

DATE 9-17-25

PAY TO THE ORDER OF Cashlys $ 3000

three thousand 00/100 DOLLARS

BROADWAY BANK

FOR Pmt on account pick up

Ck# 1027 Amt $3,000.00 9-18-2025

AMERICAN AIR CONDITIONING & HEATING CO.

1028

DATE 9-18-25

PAY TO THE ORDER OF Fissco $ 3,974 39/100

three thousand nine hundred seventy four 39/100 DOLLARS

BROADWAY BANK

FOR PO# 18815160 8916

Ck# 1028 Amt $3,974.39 9-22-2025

BROADWAY BANK
CHECKING ACCOUNT DEPOSIT TICKET

Date 9-3-25

| | |
|---|---|
| 8645 | 58095.00 |
| 8132 | 98623.47 |
| 004880 | 659.00 |
| TOTAL DEPOSIT $ | 157,377.47 |

NAME Jeffrey Mullen
ADDRESS 12820 S Zarzamora St
CITY San Antonio 78224

Amt $157,377.47 9-3-2025

Page 8

BROADWAY BANK
CHECKING ACCOUNT DEPOSIT TICKET
ACCOUNT NUMBER '9678
Date 9/29/25
CASH/COIN 32008.76
NAME Malena Ventura
TOTAL DEPOSIT $ 32008.76

Amt $32,008.76 9-29-2025

| Sources of cash | October |
|---|---|
| Beginning Cash on Hand | $239,544.93 |
| Commercial Job Collections | $115,000.00 |
| American Home Shield Collections | $60,000.00 |
| Synchrony Collections | $20,000.00 |
| Service Titan Collections | $60,000.00 |
| **Total Sources** | **$494,544.93** |
| **Use Of Cash** | **October** |
| Payroll | 177,000.00 |
| Contract Labor | $2,000.00 |
| Pre-Petition Critical Vendor Pmts. | $0.00 |
| Software Licenses | $6,700.00 |
| Post-Petition Suppliers and Vendors | $90,000.00 |
| Insurance (Health, P&C, Workers Comp.) | $23,700.00 |
| Vehicle Payments | $19,575.00 |
| Vehicle Maintenance | $5,000.00 |
| Fuel | $8,000.00 |
| Sales Tax & Vehicle Reg. Fees | $5,000.00 |
| Real Estate Lease | $7,500.00 |
| Internet & Office Telephone | $1,550.00 |
| Cell Phone Service | $2,065.00 |
| iPad Payments | $860.00 |
| Trash Collection | $1,380.00 |
| SBA Loan | $2,500.00 |
| Supplies | $3,200.00 |
| TV Advertising | $5,500.00 |
| Meals & Entertainment | $1,500.00 |
| Subchapter 5 Trustee Fees | $1,500.00 |
| Customer Refunds | $500.00 |
| **Total Uses** | **$365,030.00** |
| **Cash Flow** | $129,514.93 |